BEFORE: JOAN M. AZRACK  DATE: 5/7/2018
UNITED STATES DISTRICT JUDGE  TIME: 9:00 AM (7.5 hours)

## CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET No. 16-cr-540 (JMA)**

**DEFENDANT:** Edward Mangano  **DEF. # 1**
☒ Present  ☐ Not Present  ☐ Custody  ☒ Bail

**DEFENSE COUNSEL**: Kevin Keating, Matthew Brissenden
☐ Federal Defender  ☐ CJA  ☒ Retained

**DEFENDANT:** Linda Mangano  **DEF. # 2**
☒ Present  ☐ Not Present  ☐ Custody  ☒ Bail

**DEFENSE COUNSEL**: John Carman
☐ Federal Defender  ☐ CJA  ☒ Retained

**DEFENDANT:** John Venditto  **DEF. # 3**
☒ Present  ☐ Not Present  ☐ Custody  ☒ Bail

**DEFENSE COUNSEL**: Marc Agnifilo, Joshua Kirshner
☐ Federal Defender  ☐ CJA  ☒ Retained

**AUSA**: Lara Gatz, Catherine Mirabile, Raymond Tierney

COURT REPORTER: Mary Ann Steiger, Paul Lombardi

COURTROOM DEPUTY: LMP

☒ Case called  ☒ Counsel for all sides present

☐ Jury selection held.  ☐ Voir dire held. Jury selected and is satisfactory to all sides.

☐ Jurors sworn and trial begins. Preliminary instructions given.

☐ Government opens.  ☐ Defense opens.

☒ Jury trial resumes.

☒ Witnesses sworn.  ☒ Exhibits entered into evidence.

☒ Jury trial continued to 5/8/2018 at 9:00 AM.

☐ Government rests.  ☐ Defense rests.

☐ Government summation.  ☐ Defense summation.  ☐ Government rebuttal.

☐ Jury charged, alternates excused and deliberations begin.

☐ **Guilty verdict** on count(s) ___.

☐ **Not Guilty verdict** on count(s) ___.

☐ Jurors polled and excused with the thanks of the Court.

Defendants  ☐ Remains in Custody;  ☐ Continued on Bond.

OTHER: Juror #4 is excused from service and Alternate #1 replaces him. [248] and [249] are granted for the reasons set forth on the record.