UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

EDWARD MANGANO and
LINDA MANGANO,

               Defendants.

- - - - - - - - - - - - - - - - - - - -X

**STIPULATION**

16–CR-540 (S-2) (JMA)

The parties hereby STIPULATE AND AGREE as follows:

1. Draft transcripts, including line sheets, provided to the defendants by the United States, or copies, redacted copies, or any portions thereof ("Draft Transcripts") shall not be used in any proceeding by any person, including persons who are not parties to this case;

2. The use of any Draft Transcripts by the defendants is limited to trial preparation for this case and the Draft Transcripts may not be used at trial by the defendants in any form or for any purpose whatsoever, including use in cross-examination of any witnesses;

3. Draft Transcripts may not be furnished, directly or indirectly, by the defendants or defense counsel to anyone who has not signed this stipulation, other than legal staff of an attorney who has signed this stipulation if such persons agree not to furnish the Draft Transcripts to others;

4. All Draft Transcripts, including all copies of such transcripts, whether in the possession of defense counsel or the defendants, will be returned to the United States when final transcripts are provided by the United States.

Dated: November 20, 2018
      Central Islip, New York

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: _____
Catherine M. Mirabile
Lara Treinis Gatz
Christopher C. Caffarone
Assistant United States Attorneys
(631) 715-7850/7913/7868

AGREED AND STIPULATED TO:

_____
Kevin Keating, Esq.
Attorney for Edward Mangano

_____
John Carman, Esq.
Attorney for Defendant Linda Mangano