LAW OFFICE OF
# JOHN F. CARMAN

666 OLD COUNTRY ROAD                                     TELEPHONE (516) 683-3600
SUITE 501                                                FACSIMILE (516) 683-8410
GARDEN CITY, NEW YORK 11530                              JOHN@JOHNCARMANLAW.COM

December 20, 2018

**<u>VIA ECF</u>**
Honorable Joan Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:** **_United States v. Linda Mangano_**
> **_<u>Indictment No. 16-cr-540</u>_**

Dear Judge Azrack:

Linda Mangano hereby joins in the December 19, 2018 motion filed by co-defendant, Edward Mangano.

Thank you for your courtesy.

Very truly yours,


/s/John F. Carman
JOHN F. CARMAN
(JC 7149)

JFC/ams