FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ MAR 08 2019 ☆

LONG ISLAND OFFICE

I would like to handle this discreetly but wanted to bring your attention to a possible concern about objectivity. Juror #1 stated yesterday that she can make the decision now. Over the last few days there have been comments about the honesty of Politicians & mention of previous trial.

Thank you

**COURT EXHIBIT**

1

1/24/19

3/4/19

The Jury wishes to hear the testomany on the highhiten of Pink and Yellow on exibit 577 During Agent Spenses testomany

*[signature]*

12:20

**COURT EXHIBIT**
2
3/4/19

The Jury wishes to Review the testomoney of:

- J Sinnreich (complete)

- Len Genova (Pertaing to the April 28th 2010 meeting)

- Bill Savino (complete)

*JMA #1*

COURT EXHIBIT
3
4:39 3/5/19

3/7/19

CAN we have the testimony of MONTeSANO aND Delgado.

IN ADDitiON the testiMONy about the G-MAil stipulation.

ThaNK you

*J. Men*

Juror #1

**COURT EXHIBIT**
4
9:47am 3/7/19

3/8/19

The Jury has Reached a Verdict

*[signature]*

**COURT EXHIBIT**

5
3/8/19 11:02

```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAR 08 2019  ★

LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

v.

EDWARD MANGANO, and
LINDA MANGANO,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**VERDICT SHEET**
16-CR-540 (S-2)(JMA)

*All jurors must agree on the answers to all of the questions. Please indicate your verdict with a check mark (✓).*

### COUNT ONE:
### Conspiracy to Commit Federal Program Bribery

On the charge of conspiracy to commit federal program bribery, we the jury find the defendant EDWARD MANGANO:

         Not Guilty _____      Guilty __✓__

*If you find the defendant EDWARD MANGANO guilty of Count One, you must answer the following question and must check at least one of the lines below:*

         The goal of the conspiracy charged in Count One was to commit federal program bribery as to the alleged (CHECK ALL THAT APPLY):

             __✓__      Town of Oyster Bay Loan Scheme

             _____      Nassau County Bread and Rolls Contract

             _____      Nassau County OEM Food Procurement Contract

**COURT EXHIBIT**
10
3/8/19

1

## COUNT TWO:
## Federal Program Bribery

On the charge of federal program bribery, we the jury find the defendant EDWARD MANGANO:

Not Guilty _____     Guilty __✓__

*If you find the defendant EDWARD MANGANO guilty of Count Two, you must answer the following question and must check at least one of the lines below:*

> The federal program bribery charged in Count Two was found by the jury beyond a reasonable doubt based upon the alleged (CHECK ALL THAT APPLY):
>
> __✓__    Town of Oyster Bay Loan Scheme
>
> _____    Nassau County Bread and Rolls Contract
>
> _____    Nassau County OEM Food Procurement Contract

## COUNT THREE:
## Conspiracy to Commit Honest Services Wire Fraud

On the charge of conspiracy to commit honest services wire fraud, we the jury find the defendant EDWARD MANGANO:

Not Guilty _____     Guilty __✓__

*If you find the defendant EDWARD MANGANO guilty of Count Three, you must answer the following question and must check at least one of the lines below:*

> The goal of the conspiracy charged in Count Three was to commit honest services wire fraud as to the alleged (CHECK ALL THAT APPLY):
>
> __✓__    Town of Oyster Bay Loan Scheme
>
> _____    Nassau County Bread and Rolls Contract
>
> _____    Nassau County OEM Food Procurement Contract

2

## COUNT FOUR:
## Honest Services Wire Fraud

On the charge of honest services wire fraud as to the alleged Town of Oyster Bay Loan Scheme, we the jury find the defendant EDWARD MANGANO:

Not Guilty \_\_\_\_    Guilty __✓__

## COUNT FIVE
## Honest Services Wire Fraud

On the charge of honest services wire fraud as to Count Five, we the jury find the defendant EDWARD MANGANO:

Not Guilty __✓__    Guilty \_\_\_\_

*If you find the defendant EDWARD MANGANO guilty of Count Five, you must answer the following question and must check at least one of the lines below:*

> The honest services wire fraud charged in Count Five was found by the jury beyond a reasonable doubt based upon the alleged (CHECK ALL THAT APPLY):
>
> _____    Nassau County Bread and Rolls Contract
>
> _____    Nassau County OEM Food Procurement Contract

## COUNT SIX
## Extortion

On the charge of extortion, we the jury find the defendant EDWARD MANGANO:

Not Guilty __✓__    Guilty \_\_\_\_

*If you find the defendant EDWARD MANGANO guilty of Count Six, you must answer the following question and must check at least one of the lines below:*

> The extortion charged in Count Six was found by the jury beyond a reasonable doubt based upon the alleged (CHECK ALL THAT APPLY):
>
> _____    Town of Oyster Bay Loan Scheme
>
> _____    Nassau County Bread and Rolls Contract
>
> _____    Nassau County OEM Food Procurement Contract

## COUNT SEVEN
### Conspiracy to Obstruct Justice

On the charge of conspiracy to obstruct justice, we the jury find the defendant EDWARD MANGANO:

Not Guilty ____    Guilty ✓

On the charge of conspiracy to obstruct justice, we the jury find the defendant LINDA MANGANO:

Not Guilty ____    Guilty ✓

## COUNT EIGHT
### Obstruction of Justice

On the charge of obstruction of justice, we the jury find the defendant LINDA MANGANO:

Not Guilty ____    Guilty ✓

## COUNT NINE
### False Statements (January 13, 2015)

On the charge of making false statements, we the jury find the defendant LINDA MANGANO:

Not Guilty ✓    Guilty ____

## COUNT TEN
### False Statements (May 20, 2015)

On the charge of making false statements, we the jury find the defendant LINDA MANGANO:

Not Guilty ____    Guilty ✓

4

## COUNT ELEVEN
## False Statements (May 22, 2015)

On the charge of making false statements, we the jury find the defendant LINDA MANGANO:

Not Guilty ____    Guilty __✓__

*You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should date and sign below.*

Dated: __3/8/__, 2019 at __10:55__ (a.m.) p.m.

_____
Foreperson

5