```
                                              FILED
                                         IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT E.D.N.Y.

                                         ★   MAR 08 2019

                                         LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          **VERDICT SHEET**
                                  16-CR-540 (S-2)(JMA)
v.

EDWARD MANGANO, and
LINDA MANGANO,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

*All jurors must agree on the answers to all of the questions. Please indicate your verdict with a check mark (✓).*

## COUNT ONE:
### Conspiracy to Commit Federal Program Bribery

On the charge of conspiracy to commit federal program bribery, we the jury find the defendant EDWARD MANGANO:

   Not Guilty _____     Guilty __✓__

*If you find the defendant EDWARD MANGANO guilty of Count One, you must answer the following question and must check at least one of the lines below:*

   The goal of the conspiracy charged in Count One was to commit federal program bribery as to the alleged (CHECK ALL THAT APPLY):

   __✓__   Town of Oyster Bay Loan Scheme

   _____   Nassau County Bread and Rolls Contract

   _____   Nassau County OEM Food Procurement Contract

COURT EXHIBIT
10
3/8/19

1

## COUNT TWO:
## Federal Program Bribery

On the charge of federal program bribery, we the jury find the defendant EDWARD MANGANO:

Not Guilty _____     Guilty _✓_

*If you find the defendant EDWARD MANGANO guilty of Count Two, you must answer the following question and must check at least one of the lines below:*

The federal program bribery charged in Count Two was found by the jury beyond a reasonable doubt based upon the alleged (CHECK ALL THAT APPLY):

_✓_   Town of Oyster Bay Loan Scheme

_____   Nassau County Bread and Rolls Contract

_____   Nassau County OEM Food Procurement Contract

## COUNT THREE:
## Conspiracy to Commit Honest Services Wire Fraud

On the charge of conspiracy to commit honest services wire fraud, we the jury find the defendant EDWARD MANGANO:

Not Guilty _____     Guilty _✓_

*If you find the defendant EDWARD MANGANO guilty of Count Three, you must answer the following question and must check at least one of the lines below:*

The goal of the conspiracy charged in Count Three was to commit honest services wire fraud as to the alleged (CHECK ALL THAT APPLY):

_✓_   Town of Oyster Bay Loan Scheme

_____   Nassau County Bread and Rolls Contract

_____   Nassau County OEM Food Procurement Contract

2

## COUNT FOUR:
## Honest Services Wire Fraud

On the charge of honest services wire fraud as to the alleged Town of Oyster Bay Loan Scheme, we the jury find the defendant EDWARD MANGANO:

Not Guilty ____    Guilty __✓__

## COUNT FIVE
## Honest Services Wire Fraud

On the charge of honest services wire fraud as to Count Five, we the jury find the defendant EDWARD MANGANO:

Not Guilty __✓__    Guilty ____

*If you find the defendant EDWARD MANGANO guilty of Count Five, you must answer the following question and must check at least one of the lines below:*

> The honest services wire fraud charged in Count Five was found by the jury beyond a reasonable doubt based upon the alleged (CHECK ALL THAT APPLY):
>
> _____    Nassau County Bread and Rolls Contract
>
> _____    Nassau County OEM Food Procurement Contract

## COUNT SIX
## Extortion

On the charge of extortion, we the jury find the defendant EDWARD MANGANO:

Not Guilty __✓__    Guilty ____

*If you find the defendant EDWARD MANGANO guilty of Count Six, you must answer the following question and must check at least one of the lines below:*

> The extortion charged in Count Six was found by the jury beyond a reasonable doubt based upon the alleged (CHECK ALL THAT APPLY):
>
> _____    Town of Oyster Bay Loan Scheme
>
> _____    Nassau County Bread and Rolls Contract
>
> _____    Nassau County OEM Food Procurement Contract

3

## COUNT SEVEN
### Conspiracy to Obstruct Justice

On the charge of conspiracy to obstruct justice, we the jury find the defendant EDWARD MANGANO:

Not Guilty ____    Guilty __✓__

On the charge of conspiracy to obstruct justice, we the jury find the defendant LINDA MANGANO:

Not Guilty ____    Guilty __✓__

## COUNT EIGHT
### Obstruction of Justice

On the charge of obstruction of justice, we the jury find the defendant LINDA MANGANO:

Not Guilty ____    Guilty __✓__

## COUNT NINE
### False Statements (January 13, 2015)

On the charge of making false statements, we the jury find the defendant LINDA MANGANO:

Not Guilty __✓__    Guilty ____

## COUNT TEN
### False Statements (May 20, 2015)

On the charge of making false statements, we the jury find the defendant LINDA MANGANO:

Not Guilty ____    Guilty __✓__

## COUNT ELEVEN
## False Statements (May 22, 2015)

On the charge of making false statements, we the jury find the defendant LINDA MANGANO:

Not Guilty \_\_\_\_    Guilty __✓__

*You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should date and sign below.*

Dated: __3/8/__, 2019 at __10:55__ (a.m.) p.m.

_____
Foreperson

5