BEFORE:  JOAN M. AZRACK                      DATE:   4/20/2021
UNITED STATES DISTRICT JUDGE                 TIME: 10:00 AM (3.5 hours)

### CRIMINAL CAUSE FOR HEARING

**DOCKET NO. 16-cr-540 (JMA)**

**FILED**
**CLERK**

3:02 pm, Apr 20, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Edward Mangano**          **DEF. #: 1**
☒ Present    ☐ Not present        ☐ Custody    ☒Bail
**DEFENSE COUNSEL:  Kevin Keating, Matt Brissenden**
☐ Federal Defender          ☐ CJA          ☒ Retained

**DEFENDANT: Linda Mangano**          **DEF. #: 2**
☒ Present    ☐ Not present        ☐ Custody    ☒Bail
**DEFENSE COUNSEL:  John Carmen, Sarah Pervez**
☐ Federal Defender          ☐ CJA          ☒ Retained

**AUSA: Catherine Mirabile, Lara Gatz**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Marie Foley, Paul Lombardi          COURTROOM DEPUTY: LMP

☒    Case Called.          ☒    Counsel present for all sides.
☐    Initial Appearance and Arraignment held.
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐    Waiver of speedy trial executed; time excluded from _ through _.
☐    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
          ☐  Detention hearing scheduled for _.
☐    Bail hearing held.  Disposition:
☐    Next court appearance scheduled on __.

Defendant    ☐    Released on Bond          ☐    Remains in Custody.

OTHER:   Witness sworn.  Exhibits received.  Defendant to submit a post-hearing brief by 5/14/2021; government response due by 5/28/2021; reply due by 6/4/2021.