# LAW OFFICE OF JOHN F. CARMAN

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

OF COUNSEL
SUSAN SCARING CARMAN, ESQ.

ASSOCIATE ATTORNEY
SARA M. PERVEZ

PARALEGAL
ANNA M. SACCO

September 29, 2021

**VIA ECF**
Honorable Joan Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

>  Re: *United States v. Linda Mangano*
>  <u>Indictment No. 16-cr-540</u>

Dear Judge Azrack:

    I represent Linda Mangano in connection with the above- referenced matter and submit this letter in support of Mrs. Mangano's request to travel to Arizona from November 10, 2021 through November 17, 2021. She will be staying at 23475 S 215th Street, Queen Creek, Arizona 85142. The purpose of this trip is pleasure.

    Mrs. Mangano's conditions of release restrict her travel to the EDNY and the SDNY. She has been complaint with pretrial services. Pretrial Officer Donna Mackey and AUSA Catherine M. Mirabile have offered the consent of the offices.

    Thank you for your consideration.

Very truly yours,


/s/John F. Carman
JOHN F. CARMAN
(JC 7149)

JFC/ams