

February 9, 2022

Honorable Joan Azrack, United States District Judge
Eastern District of New York
100 Federal Plaza, Central Islip, New York 11722

Dear Honorable Joan Azrack,

I appreciate you taking the time to read this letter. My name is Bart Cafarella and I am the owner of Realty Connect USA. What makes me different than others, is that I have worked closely with Linda Mangano daily for the past three and a half years and so I have come to know her extremely well. I have been Linda's employer since she started with us in August of 2018 and can say that Linda has been the most diligent and hardworking employee we have ever hired. She is dedicated, trustworthy, hardworking and has gone above and beyond, often staying late, coming in early and working weekends.

More importantly, she is the most compassionate and empathetic person and employee I have ever met. She has counselled many of our agents regarding drug addiction and personal family issues that surround heroin, opioid and alcohol abuse.  She does this on her own personal time. In fact, NARCAN training was one of the many programs that she facilitated when she began her employment at Realty Connect USA, as she was determined to train as many agents as she could on how to save the life of someone experiencing an opioid or heroin overdose.

In addition to the many responsibilities Linda has with my company daily, she took it upon herself to organize a multitude of charitable events on behalf of Realty Connect USA. Those include Breast Cancer Awareness seminars, fundraisers for the Lustgarten Foundation, Ruff House Animal Rescue, Last Hope Animal Shelter, 1 in 9 Hewlett House, the Safe Center Long Island, Camp Anchor, Family Residential and Essential Enterprises (FREE), Fueling the Frontlines First Responder Program, Toys for Tots, LI Harvest Food Drive, BFCU Turkey Drive and a LI Veterans Merchandise Collection Drive.

Why I am writing about all of this is to give you a sense of who Linda Mangano really is. The Linda I know would not deceive or intentionally mislead anyone for any reason. This is a woman who raised 2 wonderful children with her values, to help others. Alex is an Assistant District Attorney in the Bronx and Sal is a Nassau County Police Officer.

I am fully aware of the charges that she has been convicted of and with the utmost respect for your Honor and the judicial process, however, in my opinion, remanding Linda or incarcerating her would serve no purpose. And while she is certainly an integral part of my business, she is also an integral part of the community through her massive volunteer efforts. Respectfully your honor, to satisfy her conviction, I would encourage you to seek an alternative penalty that is

productive to society and does not burden the taxpayer. In doing so, this will allow her to continue providing valuable and effective service to others. I say this with respect to all involved with her conviction.

On a personal note, I have come to know Linda to be honest and forthcoming always. I trust her with my business. I trust her with my life. If you would like to discuss anything further, please feel free to contact me at 516-714-3606

Sincerely,

Bart Cafarella
Owner
Realty Connect USA
175 Crossways Park Drive West – Suite 2
Woodbury, New York 11797

January 12, 2022

Honorable Joan Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack:

My name is Selma Berman, I am 92 years of age and I live at The New Nautilus Hotel in Atlantic Beach for seniors. Originally from Brooklyn, I raised my family on Long Island. I have been on my own since my husband passed away in 2006. I am the mother of 3 girls and unfortunately lost my middle child Elyse to Pancreatic Cancer in 2011. As a lifetime registered democrat, I was appalled at the charges filed against the Nassau County Executive and very dismayed that he would have been accused of doing such bad things with taxpayers' monies.

But the reason I am writing to you today, is to plea for leniency in the sentencing of Linda Mangano.  Linda had nothing to do with Ed political position. Linda is a wonderful person. She is caring and kind. She is trustworthy and goes out of her way to take care of people whom she knows with a kind heart.

I was introduced to Linda after she was employed by my daughter, Fern Karhu at Realty Connect USA.  Linda has raised a lot of monies by running numerous fundraisers in memory of my daughter, Elyse for the Lustgarten Foundation for Pancreatic Cancer.

Since meeting her at that time, Linda has gone out of her way to do things on her own to help me out.  Before moving to Atlantic Beach, I lived by myself in a senior complex in Woodbury. She would often call me to see if I needed anything. She would also stop by to visit. She told me she lost her mom at a young age when her children were little, and she missed her mom so much. She told me I reminded her of her mother, and it gave her joy to be able to spend time with me.  I loved the company. Linda would visit on a regular basis. She would bake the most delicious crumb cake. My daughter Fern would often travel and be away, and Linda made sure that every day to call me and make sure I was okay.

When I moved to my new Assistive Living home at the Nautilus, even though it was far away, she would still come to see me. She was always bringing something, but her smile and warmth was what I loved the most.

It's been very difficult during COVID because the restrictions limit my grandchildren from coming to visit with their families, and it gets very lonely. I look forward to Linda's calls and visits. The other residents also enjoy her visits.

I almost forget all the trauma going on in her personal life because she never brings it up or discusses the fact that she is going to be sentenced. I have never once heard her feel sorry for herself.  It's always about how I am doing and if I need anything.  To know her is to love her. Please don't sentence Linda to jail time. I don't know what I would do without her. I am devastated that this lovely woman has had to endure such heartache. Linda Mangano's only crime is that she was married to Ed Mangano, and she shouldn't be punished for that. This is his fight not hers.

Linda Mangano is a good person, not deserving of jail time.

Thank you for reading this and please consider giving a lenient sentence for Linda Mangano.

Sincerely yours,

Selma Berman
1001 Ocean Blvd
Atlantic Beach, NY 11509
516-239-1400



# BETHPAGE HIGH SCHOOL

### CHERRY AND STEWART AVENUES, BETHPAGE, NEW YORK 11714

**NICHOLAS JANTZ**
*Principal*

516-644-4100
*Fax* 516-644-4110

**KEVIN HEALY**
*Assistant Principal*

**RALPH TOCCO**
*Assistant Principal*

August 8, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Azrack:

My name is Kevin Healy and I have been the Assistant Principal at Bethpage High School for the past twenty years. I came to first know Linda Mangano when she served Bethpage High School as President of our Parents Teacher Association. Linda served in that capacity for several years, and we have remained as friends now long after her boys graduated from Bethpage High School.

Linda Mangano is one of, if not the most kind, generous, humble, helpful, selfless and trustworthy individuals I have encountered in my 39 years in education. Linda has sacrificed hours and hours of her time in helping with such events as our annual Italian Feast, our Safe Halloween Program and many other PTA sponsored events. Linda is very much a community leader and, in general, a "mom" to Bethpage. When she served as a chaperone for our trip to Little Italy at Christmas, more students wanted to sign up with her group than with any other parent serving as a chaperone. Her caring attitude and supportive nature has earned her the respect and affection of students and parents alike.

I am aware of the current situation that Linda is facing with regard to the crime she has been convicted of. The entire experience that Linda has had throughout her trials has taken a heavy toll on her and her family emotionally and financially. If there has ever been an individual deserving of leniency, I believe with all my heart that it is Linda Mangano. I respectfully ask that the court consider all of the good things that Linda has done for and the positive way she has affected other people when evaluating her sentence.

Several years ago, I had tickets to a Notre Dame football game being played in South Bend, Indiana over a fall weekend. I found out that Linda was going to be inducted into the Bethpage High School Hall of Fame over the same weekend. Without hesitation, I cancelled my Notre Dame trip (and I am the world's biggest Notre Dame fan). Somehow Linda found out about my decision and the night of the induction, she presented me with a plaque showing the Notre Dame stadium with the words, "I know you wanted to be here but thanks so much for being with me". I tell you this story to point out that on the night Linda was being thanked for all she has done for Bethpage High School she, as usual, thought of someone else, reflecting her gratitude to me. This story gives you a small glimpse of what has been a lifetime of similar stories regarding Linda Mangano.

I hope and pray that the court takes into account her many years of service to so many others when evaluating an appropriate consequence for her.

Thank you for your consideration of my thoughts on this matter.

Respectively,

Kevin J. Healy
Assistant Principal
Bethpage High School

KH:cf

13 Oldfield Village Road
Bluffton, SC 29909

July 28, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District Of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

I write today as someone who has known Linda Mangano for almost twenty years. As a person who served as Superintendent of the Bethpage School District and held other administrative positions in Bethpage while Linda's two children attended school there, I can honestly say that she was the most dedicated parent and PTA President that one could ever hope for. She was exceedingly generous with her time and dedicated to the success of all the children of Bethpage. She was a joy to work with.

There are so many instances when we as a school district relied on Linda that it is hard to recount them all. What I can say is that each of the projects she undertook served one overriding goal- the betterment of the children of Bethpage. She single-handedly organized a district-wide Safe Halloween event that is now a tradition that continues in Bethpage long after she retired as PTA President. It annually attracts over 1,000 people as children and their families come to Bethpage High School to walk the halls in costumes and go classroom to classroom where various civic, parent and student organizations decorate themed rooms and hand out candy and goods. Linda undertook this as a way of providing children throughout the community a safe place to trick or treat. Similarly, when we instituted our TGIF events wherein we transformed our high school into a community center on Friday nights so teenagers would have a place to hang out and play basketball, watch movies, play board games and ping pong or swim in our pool, Linda was the first to volunteer and raise funds to sustain the program. While some parents enjoyed dropping their kids off and enjoying a night to themselves, Linda Mangano setup a popcorn machine and handed out free popcorn to teenagers all night long-week after week. Again, our TGIF events continue to this day, years after Linda assisted with the initial planning and implementation. If not for her work in those early days, I do not believe the program would have continued.

Linda organized the 50th Anniversary of Central Blvd. Elementary School, one of our schools her children attended. Her own children were already in high school, but she had served years earlier as PTA President for that school and she felt it important to celebrate this important milestone for a school she felt gave her children confidence and an exemplary education. Students, teachers, parents, retirees and administrators- probably in excess of 1,000 people- came to celebrate at the school and at a dinner she organized with funds going to scholarships for high school students.

After her husband's election as Nassau County Executive, Linda continued to call me to work on projects, but now for a larger community of people in need. I remember the first call was to organize a Halloween Party at the Nassau County Medical Center's Pediatric Ward. She had recently visited and was moved by the innocence of the children there and how sad a place it was. She was determined to single-handedly change that and what better way than to get those kids up and moving and trick or treating around the ward. We provided decorations and students to assist and I remember her incredible determination to see smiles on the faces of those children. Our own students at Bethpage High School subsequently raised over $20,000 to refurbish the Pediatric Ward with new electronics, toys and a coat of paint. They had been inspired by Linda, as we all were. As years went on, our students also volunteered, with great encouragement from Linda, at the Victory Games for county athletes with special needs.

Linda and I have kept in contact over the years via email and occasionally running into one another in town. Her position as Editor of the Bethpage Tribune has served as one of the school district's main vehicles of communication to the community. I have marveled at how she was able to do so many things- run a newspaper business, travel around the county and volunteer at so many events and serve as mother to two wonderful children. She has incredible energy and a dynamic personality.

I have great respect for you and I would never want your job, but would ask that in this case you lean towards community service as a sentence for Linda. The communities she served over the years- children in all types of settings in Bethpage and Nassau County- could use a champion dedicated to lifting spirits and promoting inclusiveness.

Sincerely,

Terrence Clark
Retired Superintendent of Bethpage School District
516-647-0602

ELIZABETH A. COTTON
758 STEWART AVENUE
BETHPAGE, NY 11714

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11716

Your Honor:

My name is Elizabeth Cotton. I am a Legal Secretary in the Office of the Nassau County Attorney.
I have known Linda Mangano for approximately 17 years and hold her in the highest regard. I am not
alone.

I know Linda in many different capacities. I worked alongside her as President and Vice-President on the
Bethpage Middle School PTA, the Bethpage High School PTA, and the Bethpage Council of PTA's (which
serves to oversee all the District PTAs), as well as various committees on all. In order to serve as an
officer on any of the PTA's, you must first be nominated for the position by a nominating committee,
and then pass a majority vote from the entire PTA body. Linda's name was consistently mentioned for
leadership positions. She had proved, over and over, that she was responsible, trustworthy, and that
her work ethic was such, that she could be trusted to handle a leadership position. She was often voted
in unanimously. She and I often served on the Bethpage Middle School and Bethpage High School Site-
Based Committees at the same time. In her capacity there she worked on a committee consisting of
Teachers, Principals and Vice Principals, who met to choose or change curriculum, hire teachers, and
address concerns facing the School. It is a trusted position that she was appointed to, as well. Her
involvement with the PTA lasted for years. She was an advocate for the students, as well as the
community and had a trusted, working relationship with the Superintendent of Schools. She didn't just
serve in these positions, she brought with her a genuine concern for the students of the school district,
in a community she grew up in.

Linda was a founding member of the Bethpage Chamber of Commerce. This is an unpaid, voluntary
position that she cherished. As a resident, I attended these meetings and saw firsthand how she always
went the extra step. She chaired these meetings for many years and would listen to the concerns of the
residents that attended these meetings. She dealt with community and government leaders to
advocate for improvement to our community and the concerns of the residents. She enjoyed helping
plan the events to improve the community that she lived in and loved. Whether it was a community fair
(she dealt directly with the amusement vendor for years, and was one of very few people the vendor
trusted to handle the ticket sale money), or an effort to involve the local business owners in improving
the safety and visibility of our community. In the planning of our local parades, she developed a
relationship with the veterans and senior citizens of our town. She had a real concern that they be
acknowledged and valued, and she led by example. During her time as First Lady of Nassau County, she
instituted a monthly luncheon for the senior citizens in Nassau County. At these luncheons the seniors
were treated to a light lunch, musical entertainment and bingo, as well has having a delegate present
from each Nassau County office that had any kind of programs for these seniors, so that they could ask
questions and be educated on what was available to them. Her concern and interest in the senior
citizens and veterans of Nassau County was real. She was very, very often approached everywhere, by

many residents of Nassau County for questions or assistance, and the reason for that is that she is very open, approachable and legitimately concerned.

She had close family friends that had a child who became involved with drugs (she has since been clean for years and is gainfully employed). They went through a horrible time and Linda stayed close. The more she learned about the battle with opioids and other drugs, the more dedicated she became to educating the public, and doing what could be done to support the people that were in the throes of this battle of addiction. She personally became trained in the use of Narcan, has conducted many trainings, and through this entire trial and to this day, helps to run a Vivitrol support group. These people have become dependent on her as a mentor and a friend.

I am not alone in my surprise and disbelief, that Linda has been charged with this crime. Shocked that a life-long friend would have taken advantage of her friendship, and that of her family. She and her husband have raised two smart, honorable young men that have both chosen careers that in someway help their fellow man. That is not surprising, given the way they have conducted themselves as parents. She is looked up to in friendships, and in her community as someone that has always thought about others before themselves. As a matter of fact, her place of employment has stood behind her, knowing they are confident in her character.

This case has changed Linda. She has become guarded, wary and withdrawn. True to the way she has always been, her concern is how the outcome of this sentence will impact her family. She is concerned about the impact this sentencing will have on her children, her in-laws (both of whom are elderly and have stood in that courtroom every day supporting them), and her extended family. She has always been their rock. The financial burden placed on her two sons, both of whom still reside at home, would be devastating. I never thought I would see something come along that could shake the foundation that family has built, but this has done that.

I can say without one ounce of hesitation that she is one of the most honest and decent people I know. She has above everything else, always made a huge contribution to her community (where she has lived her entire life), as well as the people of Nassau County that have come to rely on her. I am, respectfully, asking the Court for leniency in sentencing Linda Mangano. The financial and emotional burden that would be placed upon her two sons (both of whom still reside at home), as well as the burden on her in-laws (both of whom are retired) would be devastating. Her elderly in-laws live just blocks away and spend numerous hours at the Mangano home. They rely more and more on Linda and the rest of the family as they age. From the time of her arrest, her children, and her family have lived on edge, as she fought her way through her case. Her children have had their personal lives discussed in public, at a time when they are trying to move ahead as young men in new careers. Leniency in her sentencing would enable them to rely on her emotional support as they move ahead.

I can say without one ounce of hesitation that Linda Mangano is one of the most kind, honest and decent people I know. I would be devasted if she were to receive a harsh sentence, as would her family, and all the people whose lives have been changed for the better because of her. Please take all of this into account with your sentencing, and grant her leniency, so that she may continue to be present as a mother, aunt, friend, mentor and valuable member of her community. If there is any need to contact me regarding my recommendation, my phone number of (516) 532-8053. Thank you for your time.

Respectfully,
Elizabeth Cotton

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

I am the former Executive Director of The Nassau County Coalition Against Domestic Violence, which merged with The Coalition Against Child Abuse and Neglect in 2014 to become The Safe Center LI, and retired in 2018 after thirty two years in that position. I now am president of a small, family run nonprofit which helps raise funds for animal rescue groups on Long Island.

I first met Linda in 2010 when she came to the agency after our move to Bethpage to interview us for an article in The Bethpage Tribune. After learning of the services we provided in the areas of family violence and sexual assault, Linda immediately became an ambassador and supporter of our work. She joined our fundraising committee and participated in our fundraising events. She connected us to the Bethpage Rotary, and too many of the people in the surrounding communities. We became personal friends, bonding over our mutual love of dogs, particularly dachshunds, and I value her friendship highly.

I am aware that Linda has been convicted of a crime and is awaiting a sentencing hearing, and I am writing today to respectfully ask the court to please exercise leniency on her behalf. Linda is an extraordinarily loving person. She can and does make anyone who meets her smile, and is generous with her time and her enormous energy. I know that she has spent many hours meeting with recovering addicts, running groups to help them through recovery and prevent readdiction.  She supports small businesses in her community through her work with the local Rotary, and organized fundraising events for the Nassau ASPCA and other charities. Linda exudes warmth and caring. If you invite Linda to a meeting, she shows up with homemade desserts. If you tell her about a problem you have, she tries to find a way to help you.

This criminal case has been devastating for Linda and her family. She and Ed have raised two fine sons, one of whom is now a prosecutor with the Bronx DA and the other is in training at the Nassau County Police Academy. They have grown into sweet, generous young men who are dedicating their lives to public service, and who need the continued nurturing and presence of their parents as they begin their careers.

As someone who has known Linda personally and through my work, I believe that she is an extremely valuable member of society and a truly loving, trusting and generous person, and am respectfully asking again that the court exercise leniency in its determination.

Sincerely,

Sandra Oliva

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York, 11772

Dear Judge Azrack,

I am writing to you on behalf of Linda Mangano, my friend. Linda is not only kind and caring but she is dedicated to making life better for all those she meets. We have been friends for over 25 years, and I have seen Linda in almost every facet of her adult life. From a caring and compassionate daughter to a mother who suffered with debilitating health issues to a wife who supported her husband's aspirations to make his hometown of Bethpage better and safer for his family, friends and relatives. She is a mother who gives her heart and soul, morals and ethics to two amazing boys who have become incredible men, and both have chosen careers in law enforcement. Linda was a dedicated First Lady of NASSAU County, who worked tirelessly for those who couldn't fight for themselves like those opiate addicted, veterans, seniors, animals abandoned after Super Storm Sandy and just every resident of our great County. You see Judge Azrack, Linda Mangano doesn't see black or white, political party, young or old or economic status...she sees people for who they are in the core of their being, she sees them in the eyes of the purest optimist who feels a simple act of kindness can make a small difference in someone's life.

That difference could be a freshly baked piece of crumb cake at a Senior Citizen birthday lunch or having your hand held while you wait for your test results or standing for hours at a Vietnam stand down service, while waiting to hoist the flag you are holding proudly in the air. These are just few things that make up the real Linda Mangano, the real person you have never heard about during her trials.

Linda strives to live her life honestly and for others. During Super Storm Sandy she would stay up and make homemade chili for the workers at OEM. She didn't deliver it when all the federal, state and county officials were there during the day with the press Corp there to document the disaster and recovery efforts. Linda would wait until the night shift, when the team of workers were on their 24th hour of service to the county were there, tired, hunger and most times physically and mentally exhausted. That's when the homemade chili and corn bread would be delivered by Linda and then she would start to man the phones so those workers could get just a few minutes to be normal and relax. Or as the biggest champion for children, Linda and Ed stepped up to pull off a Halloween party for all the children living in the shelters after the storm. Both Linda and Ed felt enough had been taken from these defenseless causalities of this storm. Linda had a vision and enlisted every person she knew, including myself and my children, her children, our neighbors and countless others who were fortunate to still have our homes, to transform the Executive building, the seat of County government into a haunted house, a pumpkin patch, halls to trick or treat in and costumes for those who didn't have anything left. You see she and Ed didn't ask what political party you were or if you were financially stable...all they wanted to know is, do you need a place to be normal and to give your children a little piece of what you lost during the storm. They came in buses and stayed all day and the smiles on those children's faces was all Linda needed to feel complete.

One other peek into the life of this incredible woman is her work with the community of people who have no voice. Those are the children, men and women addicted to this terrible drug, heroin. Linda thank god has not had someone in her family addicted, but she saw what it did to young adults she had known since birth. Linda could not and would not sit on the sidelines and do nothing. She educated

herself, she attended conferences, she met with countless professionals, and she jumped in with both feet to a very unpopular topic. Her passion and dedication and support from Ed, she helped create a training program to train NASSAU County residents in Narcan to save lives and then with others and the experts she sought out to education parents, teachers, administrators and politicians on this devastating epidemic. Linda still to this day runs the Vivitrol support group for parents, addicts and those who just are on a journey for information to help their child, parent, and friend. I wish someone from the Court could attend just one meeting and hear the stories of the lives that have been saved through the Mangano's efforts. Many sat in court day after day

These are just a few examples of Linda's selflessness. I could give you examples of thousands more, like leaving her home at 2:00 am to drop off diapers and formula to a desperate mother who had nowhere to turn or the addict who needed new medicines to help them and Linda reached a doctor on his cell and then sat with the young Man until the prescription was filled and she knew he would be ok or going over to a seniors home who just needed someone to make them feel special even for 10 minutes. This is who Linda Mangano is.

I ask the court to be open to all the good that Linda Mangano does and can do in the future and if she needs to be sentenced, I implore you to let her continue the work she is doing, the good she does for those who can't do for themselves and make a difference in the county and town she loves with her whole heart and continues to make a better place for all to live, and flourish.

I thank you for your time and consideration and I pray you will allow all Linda's good work to continue to be your guiding force in your sentencing. Please feel free to reach out to me to discuss anything further. I can be reached at 516-578-1474, kabc143@icloud.com

Respectfully

Kathy Comerford

Jill Nevin
2 Columbia Place
Merrick, New York 11566


May 31, 2019


Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722


Dear Honorable Judge Azrack:

My name is Jill Nevin. I am a CSEA Union employee of Nassau County. I am also a friend of Linda Mangano. I am writing today to express my strong support for leniency in the sentencing of Mrs. Mangano.

I have had the pleasure of knowing Linda Mangano since the beginning of my career with Nassau County eight years ago. One of my responsibilities as an employee of Nassau County was community outreach, more specifically to our senior population. One of my tasks included visiting nursing homes to reach out to our most vulnerable population. Linda asked me if she could be a part of this outreach and joined me in visiting many seniors in nursing homes. Linda generously gave her time, compassion and warmth to this population that sometimes had no one visit them. Every single room we visited, no matter what the situation presented, Linda greeted all patients with a hug, kiss, love and conversation. This is the real Linda Mangano. An extremely compassionate, warm and loving member of society. Her goal in anything she does is to make someone's day brighter or life happier.

I also had a responsibility of coordinating monthly birthday celebrations for our senior population. Every single event, Linda generously baked a tremendous amount of goods for the 400 plus seniors that would attend these events. She would wake up in the very early morning hours to prepare and bake and would bring them to the events and hand them out to seniors still warm. Linda does this not for recognition, but to brighten people's days and lives. I've learned from her that a small act of kindness can really change a person's day or life. She has taught me that little things such as a warm pastry baked with love or a hug and a kiss are so very important in this world.

Linda Mangano's wonderful reputation doesn't stop there. I was lucky enough to witness her selfless acts when she baked every single day for the emergency workers assisting in Hurricane Sandy recovery. I've had the pleasure of helping out at events she coordinated for the children of Nassau County as well. When Hurricane Sandy hit, followed by a Nor'easter the day before Halloween, Linda put together a trick or treat event at a building in the County and invited all the children of Nassau County. She gave them Halloween back. The smile and joy on these children's faces was indescribable.

Every year, Linda would coordinate an Easter celebration for families of Nassau County employees. She would plan events, fill thousands of Easter eggs and even dress up as the Easter Bunny and take pictures

with children and families. I can tell you first hand the joy and excitement this brought to the families and children as my family and children attended. I would sometimes join Linda while she read to students in elementary schools and expressed the importance of reading and education. She did this with genuine love and made a real and positive connection with students. Why do I tell you all of this? Because this is the Linda Mangano that I want you to know about. She is not a bad person that the media likes to describe. She is a selfless, kind and loving member of society.

Beyond my personal experiences with Linda, she has been a very active and positive member of her community. She has volunteered herself with her children's PTA, Bethpage Chamber of Commerce, the board at St. Joseph's Hospital and much more. Linda's entire life has been about giving back to the community that she dearly loves. This is not a person you want removed from society, this is someone you want to continue contributing.

Linda is someone who always has her door and heart open. It could be a family member, friend or an employee from her husband's office looking for an ear to listen or shoulder to cry on, Linda is there. You could know her for 20 years or she could have just walked in your room at your nursing home and it feels like you have known her for 20 years, she will do everything she can to brighten your day or life.

Beyond her kind and loving ways, Linda is human. And sometimes humans make mistakes. It doesn't make them a bad person; it just makes them human.

It is my sincere hope that you take this letter and the real Linda Mangano into consideration upon sentencing. Despite the current situation, I consider Linda Mangano to be an honorable individual and someone that I am fortunate to have in my life. If you have any questions or want to discuss anything, please do not hesitate to contact me.

Sincerely,

Jill Nevin
516-341-8926

November 14, 2019

Dear Judge Azark;

I am writing to you prior to your sentencing decision on Linda Mangano. I am the owner of Realty Connect USA. Linda Mangano works for me as one of my administrators at Realty Connect USA. She currently works as my marketing director, events planner, handles all human resources and manages the day to day operations of all my offices. Since she started working here full time in August of 2018, when I hired her to do our company marketing and events, she has become an integral part of our business. She now has taken on so much responsibility that I fear without her being here we wouldn't survive. She works every day from 9-5 pm but on most days she comes in before 9 am and stays until 6 to 7 pm. We own 15 real estate offices on Long Island and Queens. We have over 1000 sales agents that are currently licensed with my company. My partner and I have come to depend on her business acumen to grow our business. As an example prior to Linda joining our firm, we never had charity events, this year alone we have held a breast cancer awareness seminar, which Linda arranged for Geri Barish, the founder of 1 in 9 and The Hewlett House to present and we raised significant money for the cause. We are currently conducting a huge Flea market which all the proceeds will go to Lustgarten foundation for Pancreatic Cancer, Last Hope Animal Shelter, and The American Breast Cancer- Susan B. Komen Fund. Last winter, Linda organized this event and we raised over $8000.00 for these charities and this year we are hoping to reach our $10,000 goal. Additionally, Linda, has organized our Toys for Tots toy drive these past 2 years where we donated 100's of toys for needy children for the holidays. She organized with Bethpage Federal Credit Union a turkey drive that we donated about 60 turkey's to last year through Island Harvest and we are planning the same for this year. She has held numerous meetings here with "Shot at Life" organization which offers programs to educate, and support families and their loved ones suffering the disease of addiction. We have had meetings to teach educators or family members how to use Narcan to save lives of those whom overdose. We have had many speakers sharing their personal stories of lost loved ones and those who were rehabbed. As a real estate company, she has taught us the importance of giving back to the communities we live in.

I understand that she will stand before you for her sentencing, and I just want you to take into consideration the large number of people whom she impacts here on a daily basis.

My sincere wish is that you would allow her to be able to remain here to continue to do all the good that she does for all of us here at Realty Connect USA.

Sincerely,

Fern Karhu

Owner/ Broker
Realty Connect USA
175 Crossways Park Dr W.
Woodbury, NY 11797
516.714.4460

44 Old Hill Lane
Levittown, NY 11756
April 24, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

I am writing to you to bear witness to the character of Mrs. Linda Mangano. I am retired from 35 years with the U.S. Customs Service. For the past 12 years I have been a volunteer with the Office of Prison Ministry of the Diocese of Rockville Centre, serving at the Nassau County Correctional Center in East Meadow, NY. In an effort to respond to the severe opioid epidemic here on Long Island, three years ago I actively sought to find out all I could about opiate addiction and services to help combat this disease. I started attending a group that had been meeting locally at Saint Bernard Church in Levittown called "Vivitrol Education and Support – A Shot at Life". Originally spearheaded by the administration of former County Executive Ed Mangano, the group has continued to meet every Tuesday evening offering vital education and support to addicted persons and their families. Since then I have attended these meetings weekly and have observed the caring leadership exercised by Mrs. Mangano. I know personally several individuals, who had been enslaved by addiction, who credit Linda with saving their lives. These persons - young and old, men and women - are now providing invaluable assistance to addicted individuals. I have watched in amazement as Linda has attended to the individual needs of our participants with kindness, compassion and wisdom. In spite of the charges she has faced, Linda continues to persevere in caring selflessly for those in need every Tuesday evening and beyond without a hint of self-pity or attention to her own situation. I consider her a person of integrity and courage, whose life is directed toward alleviating the suffering of others.

I tell you all this because I want you to know something about Linda Mangano that does not fit the image that several news reports have conveyed. I have experienced firsthand and consistently over a three-year period the caring dedication of this selfless woman, who continues to help those in the throes of addiction find redemption.

In rendering your decision, I humbly ask the Court to act leniently so that Mrs. Mangano may continue to provide this unique life-giving aid to those who suffer from the disease of addiction and their families. Thank you for your kind attention. Please do not hesitate to contact me if I can be of further assistance.

Sincerely,

Walter F. Rodier
Walter F. Rodier

July 1,2019

Honorable Joan M. Azrack,

Good Day. My name is Debra Nimmo and I have been a practicing Speech/Language Pathologist in New York State for over 30 years. For most of those years Linda Mangano has been a dear friend of mine and the best neighbor anyone could ask for.

Linda and myself became fast friends as we were and still are neighbors, and our children grew up together. Linda was always involved in volunteering and she encouraged me to become active in our local PTA which I remember as a highlight with my 3 children. Of course I participated whenever I could ,but Linda always did more, much more. She served as PTA President, and was honored with lifetime membership for her many years of service. That is who Linda is. She is someone who ALWAYS thinks of others before herself . She is someone who ALWAYS was and is there to help anyone who she feels needs her. Whether organizing PTA sponsored events to enrich the lives of all children in the district or today volunteering to help save the lives of those with substance abuse issues by running a Vivitrol support group. That is who Linda is. You might ask if she has a personal stake in this cause. No she does not, but her passion and desire to have a positive impact on this epidemic that is wiping out a generation is what fuels her. This is who Linda is.

If I were asked to describe Linda I would say that she is one of the most caring,selfless ,talented and kindest people I know. She was put on this earth to help people and that is what she has done without the expectation of praise or acknowledgement. When her husband was County Executive and he had police detail, Linda would come out on cold winter days offering up hot chocolate,coffee and homemade baked goods. That is who she is as a person. These same police officers were astonished by this kindness and said that not only did the previous first lady never do anything of the sort,but she never even made the effort to learn their names in 8 YEARS! For them Linda's thoughtfulness was unprecedented, but for those of us that know her well.....that's just Linda.

I am painfully aware of the fact that Linda has been charged with crimes and if it were against the law to fall prey to someone you believed was your friend, then she is in fact guilty of that. Guilty of believing, trusting and loving a man who is by his own admission a serial criminal. Linda on the other hand is a genuinely good person who lives to improve the lives of others. That is HER proven tract record. Linda does good for so many and jail time for her would be the real crime. Please make the honorable and ethical decision and show leniency because when you put agenda and politics aside, that is what you have been tasked to do. Please review the evidence again and again and I am confident that you will make the just decision.

Sincerely,

Debra Nimmo
516 993-0575

January 15, 2022


Honorable Joan Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Azrack,

I would like to first thank you for your service as a judge; my sister was also a court official in Nassau County and I know how difficult the decisions you render on a daily basis are on all parties.  My name is Barbara Poggio.  I have lived in New York my entire life, raising my family and working as an educator for 40 years here on Long Island.  I have also had the privilege for 25 of those years to call Linda Mangano my dear friend.

I cannot speak on the trial because, frankly, I did not follow it closely.  My husband and I found it too difficult to see Linda in the situation.   A situation, in my opinion, Linda finds herself in today because she has always been too trusting and accommodating of others.  I can, however, speak on the character, heart and moral compass of Linda.  Over the years, we have worked closely together on a variety of school and charity events.  Linda has always had a giving and helping heart.  Whether a friend or stranger, Linda has always been there to help.  I have never known Linda to do anything unethical in all the years I have been with her.  I have also never known her to be a liar.  The "Linda" I know lights up a room when she walks in and makes everyone feel good.  Unfortunately, I have seen that light diminish as a result of this situation.  If Linda is guilty of anything, it is of trusting and believing those who were closest to her.

Linda is truly collateral damage in this entire case and does not deserve to be punished.  Realizing that she has been found guilty by the court, I believe that the prison system and society would be better served if Linda could do community service and continue her fine work with drug addiction training and education.

Sincerely,


Barbara Poggio

166 Park Avenue
Bethpage, NY   11714
516 313-7511

From: Jennifer A. Moore, DMD
9 Beverly Road
Bethpage, NY 11714

February 1, 2022

RE: Linda Mangano

To: The Honorable Joan M. Azrack,
United States District Court Judge
Eastern District Of New York
100 Federal Plaza
Central Islip, NY 11722

My name is Jennifer A. Moore, a general dentist who lives in Bethpage New York.

Approximately ten years ago I had the privilege of representing the community as a member of the Community Relations Board (CRB) at St. Joseph's Hospital in Bethpage, New York. Linda Mangano was also chosen as a community member to serve on the same board. During the four years the CRB was in existence, I worked with Linda and other board members to promote the different wellness events, classes and free health screenings the hospital offered to the community members. Our efforts did not stop there. The CRB got involved with the employees of the hospital. The goal was to build a supportive connection between the community and staff. From hosting a staff appreciation BBQ (which included the CRB sponsoring the supplies and cooking for the hospital employees) to hosting a dessert night, fundraising for the annual gala and collecting donations for raffle prizes which was a highlight of the evening at the gala, our objective was to keep the morale high and listen to the staff's concerns and needs. The CRB also held nominations for various positions which included president, vice president, secretary, and treasurer. Linda Mangano was nominated for the vice president position by the board members.

Linda's charitable acts do not end there. Linda was involved with the Senior Citizen Birthday Celebration hosted every month at the Old Bethpage Village Restoration for Nassau County's residents. This event gave members of the county access to government services provided by the Nassau County Offices of Aging, Consumer Affairs, Assessment, Health and Human Services, Housing, Social Services and Veterans Services. I remember Linda telling me how the attendees enjoyed the companionship of their peers and compassion of the people working the event. They all would leave with a smile on their faces and could not wait to celebrate their birthday next year!

Linda is well known in the Bethpage community, not because she raised her kids here but for her work at the Bethpage Tribune. The Tribune was a weekly paper that covered events here in our community. It kept the community informed of local news, sports, business, politics, and community events. Both kids and adults looked forward to reading the paper and specially to see whose picture made it into that week's publication.

When opiates became the drug of choice for people on Long Island and the rates of overdose was dramatically increasing, Linda got involved by becoming certified in treating overdoses. Linda is an instructor for Narcan training seminars to educate individuals on how to administer the lifesaving antidote which can reverse the fatal effects of an opioid overdose. One could not fathom the number of lives saved by this much needed training.

As I write this character letter on behalf of Linda Mangano, I am aware that she was charged with a crime. It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Linda to be an honorable individual, a valuable member of my community and a good human being. Linda's true character is seen

through her endless acts of charity, always saying yes to help someone in need no matter the number of tasks she has currently taken on. I hope you look at my letter and the countless others you are receiving. Thank you your Honor and I am available to confirm the facts in this letter, as necessary.

Sincerely,

Jennifer A. Moore, DMD

April 5, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY. 11722

Re: Linda Mangano

Dear Judge Azrack,

I am writing to you regarding Linda Mangano. I am a CPA who lives in Roslyn. I have been a member of this community for over 20 years and am proud of my accomplishments both professionally and in my community.

I met Linda Mangano through the Nassau County "Take a Shot at Life" program. This program is essentially a Vivitrol support group. Vivitrol is a medication that has done wonders for people who are struggling with alcohol and opiate addiction. I emerged victorious from a three-year battle with alcohol and Vivitrol was an important tool for me as I recovered. I have known Linda for approximately two years.

Linda's work with this group has been nothing short of extraordinary. It's speaks to her character that neither she nor anyone in her immediate family struggles with addiction. I am very active in the recovery community and the norm is that those who volunteer either are in recovery or someone dear to them is. That is not the case with Linda. She is a tireless advocate for those in recovery and their families. At one time, she and I had a semi-monthly speaking engagement at the rehab unit at Nassau University Medical Center to speak about Vivitrol. The level of compassion she shows is very uncommon. I can guarantee you that there are people today whose lives have been saved - and given the ripple effect of addiction, their families too have been saved - by Linda's efforts.

It is not my place to opine on Linda's guilt. A jury of her peers found her guilty and nothing can change that. I do know for a fact that good people sometimes make bad mistakes. I am a living example of that. Linda can do so much more for the community if she is allowed to continue her work in the recovery world. She and I have made plans to set up a job fair that will introduce people in recovery to employers willing to give them a second chance. It is very rare to see someone in this community who is as selfless and caring as she is and, to me, putting her into prison would be a tragedy and could very well result in less people going on Vivitrol, with potentially dire effects.

I will close with words from my Savior: blessed are the merciful, for they will be shown mercy. Mercy is a rare quality and I am asking you to find it within you to show mercy to Linda.

Thank you. If you or any members of the court wish to speak to me, I would be delighted to do so. You can reach me at 631-813-0772 and my email address is JAG@Gacinski.com

Very truly yours,

*John A Gacinski*

John A Gacinski



GETTRYMARCUS    ALWAYS LOOKING DEEPER.™                    ACCOUNTING | TAX | CONSULTING

January 17, 2022

Honorable Joan M. Azrack
United State District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Re: Linda Mangano Sentencing

Dear Honorable Judge, Azrack:

We obviously do not know each other and probably will never meet. However, I feel it is extremely important that I introduce myself to you and bring to light some of my past experiences that might have a bearing on your sentencing decision. I am a CPA, real estate tax partner in a large regional accounting firm, which operates in the Tri-State area. I have also been involved with numerous criminal prosecution and defense cases. Most of these cases involved using my forensic CPA skills by "following the money". I have worked these cases closely with my previous partner and current longtime colleague, **retired United States Senior Special Agent Brian Aryai**, who I believe you are familiar with. Brian has informed me that you are a fair judge who follows the facts of a case.

I also hold a Real Estate salesperson license (part time) with Realty Connect USA where Linda Mangano, who's official title is the Director of Public Relations & Corporate Events. However, in fact she is the office manager who helps hundreds of brokers. Myself, and My wife Madeline Dallek, who is also a fulltime broker at USA Realty Connect, have worked closely with Linda Mangano over the past 4 years. During this time, we have both been witness to Linda's business acumen, personality, ethics and most importantly integrity. My knowledge obtained during my criminal cases with Brain Aryai, it would become apparent from the initial stages of a case, who were the defendants with criminal intent, people who lost their way and others who got caught up in a situation they could not control.

Although I am not familiar with all the facts and circumstances of this case, I believe it is important to consider the person before you, who you are about to sentence. Without question or hesitation, I can personally vouch for Linda Mangano's ethics and integrity regarding all aspects of working together. I believe Jail time is for people who are incorrigible, had criminal intent from the onset or where a message needs to be sent to the person and/ or society in general. You may not be aware, but Linda Mangano's personal and economic life is in shambles. All her financial assets have been eviscerated with this case. Her Job with USA Realty Connect is to support her family. The time between the conclusion of this case and her sentencing has been protracted because of Covid pandemic. This delay (by no fault of the court) has added unbearable stress to an already difficult situation for Linda Mangano.

I know Brian Aryal has the utmost respect for your honor. I also know that Brain can attest to my integrity and ethics. I would like to inform the court of my steadfast knowledge of Linda Mangano's integrity and ethics. Please do not hesitate to contact me at the below number if you have any questions. I am also available to meet in person or via zoom to discuss the above. Thanking you in advance for taking the time to read this letter.

Very truly yours,

Jed Dallek, CPA
Tax Partner
516-361-9314 (Cell)

Madeline Dallek
Licensed Associate Broker
Realty Connect USA
516-316-8375 ( Cell)

**FRANCIS X. DEBOBES**
**85 LINDEN AVENUE**
**BETHPAGE, NEW YORK  11714**
**516.880.5975**

August 8, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

Honorable Joan M. Azrack,

It is without hesitation that I write to you on behalf of Linda Mangano.  I am fully aware of the crimes Linda has been charged with.

My name is Francis DeBobes and I am a lifelong resident of Bethpage. I am retired from the Nassau County Police Department where I served 29 years as an Ambulance Medical Technician and Supervisor.  In addition, I have been an active member of the Bethpage community as a member of the Bethpage Fire Department since 1975, and served in the positions of Chief and Commissioner.

I first met Linda back in 1970, as her paperboy when she resided on Broadway in Bethpage with her parents. Through the years, our paths crossed on many occasions leading to a close friendship.  Linda has been a vibrant and energetic pillar of the community.  She owned the local town newspaper, the *Bethpage Tribune*, served as the PTA President, was a member of the Chamber of Commerce, organized the annual town fair and Christmas tree lightings, to name a few.

Linda was a constant supporter of community issues and worked tirelessly to keep Bethpage a tight knit, hometown community.  Since Linda's indictment, she withdrew herself from community activities, something she was very passionate about.  Linda is a giver, not a taker.  She has a heart of gold and I request the court show leniency on her behalf.  In my personal opinion, more people would benefit from Linda's community service than incarceration.

Thank you for your consideration and please feel free to contact me if I can be of any further assistance.

Sincerely,

Francis X. DeBobes



**New York Neurology & Pain MEDICINE**

**New York Neurology and Medical Services, P.C.**
Dr. Russell Surasky FAAN, ABPM, Board Certified Neurologist
15 Barstow Road ♦ Great Neck, N.Y. 11021 ♦ 516.487.9414 ♦ telefax: 516.487.2302

May 30, 2019

Honorable Joan M. Azrack
United States District Jude
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Linda Mangano

My name is Dr. Russell Surasky and I am a board certified neurologist and addiction medicine specialist. I have known and worked with Linda Mangano for the last several years. Our connection occurred primarily due to her phenomenal work in helping thousands of individuals on Long Island that suffer with drug addiction. She initiated and still continues to manage a program called "Shot at Life". This program connects individuals suffering with alcohol and opiate addiction with medication assisted treatment and counseling, regardless of their ability to afford care.

Linda goes above and beyond in devoting her time, energy and life to helping those who are sick and suffering with addiction. Through this work she has been directly responsible for alleviating tremendous suffering and saving untold numbers of lives. From the years that I have known Linda, I can emphatically state that she is a selfless, genuine, dedicated and thoughtful human being.

It has come to my attention that she was charged with a crime. I would ask the court to exercise significant leniency on her behalf. Her presence in our community has and will continue to make it a better place to live. Even in the most tragic of circumstances, Linda Mangano has the ability to restore hope and faith to those lives that she touches.

If the court requires any further information please do not hesitate to contact my office.

Sincerely,

Dr. Russell Surasky, FAAN, ABPM
Board Certified Neurologist
Board Certified Addiction Specialist.

Dr. Russell Surasky FAAN, ABAM
Board Certified : Neurologist
Board Certified: Addiction Medicine
LIC # 260969
DEA # FS2508399



1324 Motor Parkway Suite 102, Islandia NY 11749

April 19, 2019

Honorable Joan M. Azrack

United States District Judge

Eastern District of New York

100 Federal Plaza

Central Islip NY 11722

RE: Mangano, Linda

Dear Judge Azrack,

I am writing this letter of support and to share my experience working alongside Linda Mangano over a three-year period 2015-2018.  The Long Island Recovery Association (LIRA) is a grassroots recovery community organization advocating for individuals in recovery from or seeking help for substance use disorders since (2000). LIRA has participated and conducted dozens of community forums, workshops, trainings, walks, vigils and other events in support of addiction recovery across Long Island.

I was introduced to Mrs. Mangano by a mutual colleague in 2015 and I was immediately impressed with her selflessness and dedication to assisting families and individuals impacted by addiction. Over the next 3 years she frequently invited me and LIRA to speak and participate in a number of Nassau County sponsored community forums where she was hands on at all of these events; demonstrating leadership, a loving gentle spirit and a sincere human interest while being the lead coordinator of these important gatherings, which often attracted several hundred attendees.

It was quite apparent that this was an area where she was determined to make a difference and she invested a great deal of time and energy to help others. Of special significance to me was the genuine humility of this warm, good hearted woman who also possessed enormous compassion. The absence of ego or self-interest was so refreshing and it was clear she considered herself just part of the team. She often praised and encouraged young people in recovery and their families on their individual journeys.

It was my absolute pleasure to work with her and support these events. I do hope we are able to do more of this at some point in the near future.  We need people like Linda Mangano out here with us saving lives and making a difference!

With all due respect I implore you to please consider leniency with respect to Mrs. Mangano when contemplating sentencing in the matter before your court.

Respectfully Submitted,

Richard Buckman

LCSW-R CEAP CASAC CRPA CARC

Founding Member

Immediate Past President

Long Island Recovery Association

When she found out, not only did she call me immediately and was praying over the phone for me, she asked for my address which was not near her home and came to my house with Blessed Holy Water and a family prayer that has been in her family for generations to heal the sick. When she called and said she was coming to see me I stated please you are so busy you don't have to. Her reply was I know that I want to pray with you.

My brain surgery was on August 30th, 2017. During that period Linda was already going through the horror of the charges that were brought upon her. I'm aware obviously (only through the media) of her charges. In all honestly I was distraught for her and for her Husband. There wasn't a day that there weren't Newspaper stories, media stories and so on. I was hospitalized in ICU at North Shore/LIJ Hospital in Manhasset to have my brain surgery .I had a 6 hour operation and I was blessed to have survived. To my surprise on my second day in ICU, here comes this ray of sunshine, bearing candy, flowers cards and other cheerful tokens and her heart . She complimented me on how wonderful I looked. She prayed again for me and stayed with me not for a short time but until early evening. A woman who was going through so much, took the time to visit and make me feel so loved.

Honorable Azrack, I literally can write pages of the person I know that Linda Mangano is, but that would never be enough to express in words my personal opinion. I hold my head high proudly to call her my friend, and I still stand so proud and Blessed that I have met her and she is in my life. I can not express more that she continues to shine her caring heart on others, and goes above all to continue to help educate and empower individuals who have been afflicted with the disease of addiction. But not only in that area she has certainly done so much more and in numerous issues. I feel she was outstanding as The Nassau County "First lady" at one time. It saddens me deeply that this has happened to her. Though I have known Linda for just a short 7 plus years she makes individuals that she has been part of their life for much longer.

Honorable Azrack, I ask if you can see the person, the Woman, Mother, Wife, friend, and true character of who she is. I, in my heart don't believe all that she is being tried for, I truly do not. I pled with you to take my views and personal experiences with her into consideration when it comes to the time of what she will have to face. It's difficult for me to even write that without me becoming so emotional.

I thank you in advance for your respected views and decision for Linda Mangano.

Respectfully yours,

Donna DiBiase

Donna DiBiase
1504 3rd Street
West Babylon, New York  11704
Cell: 516-885-3159
Home: 631-539-7401
domsma@optonline.net

May 1st, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Your Honorable Azrack,

Thank you for taking the time to read my letter on behalf of Linda Mangano. My name is Donna DiBiase, I reside in West Babylon. I'm the proud Mother of a 21 year old son. I work as an office manager in Farmingdale New York.

I will try to be brief in my feelings about Linda, but I know that will be difficult to do. I met Linda in 2012. I became an active advocate for the devastating Opiate Epidemic that not only plagues our State, but also our Nation. I also published a magazine to act as a Bible of resources for help, education, from recovery stories to remembering the young lives that were lost due to the disease of addiction. I became a committee member of the Executive Heroin Task Force in Nassau County.

Of course I remember seeing Linda publically during events that were held in Nassau County but did not have the honor to know this amazing woman personally. One of the first memories of Linda still gives me chills. I was in attendance at the Task Force meeting and Linda was called upon to speak. She shared during that meeting that she went to Albany and spoke to the Governor regarding this issue where young lives are being stolen every day. She proceeded to speak passionately expressing the love of a young adult she knew that had suffered from the disease and was now in Recovery. Her emotions and tears for this person were true. As time grew I attended countless support group meetings, and seminars, and watched her speak and care for families and individuals who were touched by this. I personally never suffered from the disease nr did I ever choose to ever use a substance to note.

My relationship with Linda began to grow. We became fond of our similar standards, morals, family and caring for others. She was always uplifting and her presence when she was in a room was nothing short of extraordinary. She always took the time to go out of her way to say hello, see how I was and my son. She loved the magazine I created. She offered countless times to help me with the publication. She said I want to  help you, I don't want anything. I just want to see this amazing magazine to get in the hands of individuals and families to help the.

In August of 2017, I fell ill. I was diagnosed with two Brain Aneurysms and needed immediate surgery. Now mind you, I would see Linda at events, task force meetings and all related events. We never socialized. We exchanged numbers years past and we would talk on the phone about her heading Vivatrol meetings, Narcan training and so much more. She always asked about my son and my life. I honestly felt honored to have Linda in my life.

August 14, 2019

**To:**    Honorable Joan M. Azrack
United States District Judge
Eastern District Of New York
100 Federal Plaza Central Islip, New York 11722

My name is Ellie Cunningham.  I have 2 children and have been married for over 29 years.   I have an Event Management Business where we plan and execute meetings and events by providing staffing for customers.

I am writing this letter to present the good character of Linda Mangano. I met Linda approximately 7 years ago through a mutual colleague and we immediately became friends. She started working for me as an independent contractor in 2014 help managing onsite events for our customers.

As being a staff representative for my business, Linda was careful, considerate, efficient, hardworking and dedicated to her job.  Also, to work in the Industry, you have to be the best in customer service, have an upbeat, well mannered, extraverted, friendly and well-liked personality.  Linda exemplified all those characteristics 100% with our clients and coworkers and represented our company to the highest level. .

While our friendship and professional lives overlap, I'll add that as a friend, she is the best. Linda has always been loyal, honest, thoughtful and considerate of others. She always helped me when I needed help professionally and personally.

I am aware that Linda has been charged with a crime. The impact of the trial has negatively affected her life and she is no longer able to work for me because of client pressure of the conviction therefore causing her great pain physically, emotionally and financially.

I believe Linda is an honorable individual, valuable member in her community, and a good human being and I hope this letter will give you a better idea of her decent character.  Please consider giving Linda a second chance.

Thank you for taking the time to read this letter.

Sincerely,

*Ellie Cunningham*

Ellie Cunningham

**Angela Melledy**
**6 Robert Court, Bethpage, N.Y. 11714**
**516 410-3355**

August 7, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

I have been the publisher of Able Newspaper since 1992. Able is the Newspaper for People with Disabilities.

I have known and admired Linda Mangano since 2010 and became acquainted with her and her husband, Ed Mangano, when he, as County Executive, agreed to help save the Games for the Physically Challenged. The State of New York had ended the program that had served children with disabilities since 1985.

Having been affiliated with the program that brings 1,100 children with disabilities together each year for a weekend of competition and camaraderie, I and many of the long-time volunteers who made this State Program happen each year were upset when it was cancelled for budgetary reasons.

A fund-raising committee was formed and the Games were saved and would continue in Nassau County. Linda Mangano joined the committee and helped raise funds to keep the games going. We brought donated prizes to her porch and she turned them into beautiful raffle baskets for our fundraising events.

She worked side-by-side with us on these efforts and when the Games event came around in May Ms. Mangano volunteered tirelessly, alongside others, holding a stop watch while standing in the hot sun on the track or at the end of the swimming pool. She showed a caring love for the children with disabilities and came to the Games consistently each year to help the kids.

She never asked anyone to do what she wouldn't do. I ran into her one day in Bethpage where the Chamber of Commerce was doing a cleanup in the Village. There was Ms. Mangano picking up trash along with other volunteers.

She was also a dedicated volunteer at Bethpage High School helping teachers organize programs for the students. Linda Mangano was always giving of her time. For the short time I've known her she has shown herself to be a selfless, giving person always willing to lend a hand in the community.

I am aware that she is devastated by the charges brought against her and ask that given her long- standing dedication and worth to the community, you show leniency on her behalf.

Sincerely

Angela Melledy

Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

April 25, 2019

Your honor,

Nassau residents who were able to save their loved ones' lives because they were trained in, and equipped with, the opiate overdose antidote Narcan, have Linda Mangano to thank. Residents who are in recovery from drug addiction and alcoholism today, because they received a lifesaving shot called Vivitrol, can credit Linda as well. Linda devoted countless volunteer hours over the years her husband was in office to help the County launch both of these programs which continue to save lives today. Suffolk County and other municipalities across the country have since modeled similar programs after the one's Linda started in Nassau.

Linda did the marketing and promotional materials to make sure residents knew about these and other lifesaving measures – at no cost to the County or the taxpayers. She baked crumb cake and brownies at her home to provide snacks at many of the drug awareness and education events she and I brought around the County – at her own expense. She did the event planning for drug abuse related programs we did – some of which attracted several hundred attendees. Currently she runs a weekly Vivitrol support group for those suffering with addiction and their family members. The group's members would be lost if not for Linda's weekly presence and her bi-weekly phone calls to check in on them and see if she could help.

What's more, she took a class at her own expense to become a recovery coach so she could learn how to further help those still sick and suffering. Even while on trial, she's helped more people access substance abuse treatment than I can count.

I realize Linda was found guilty of a crime but I don't believe her incarceration would serve anyone's benefit. I ask that you consider allowing Linda to continue providing the selfless service she's become so passionate about.

I've known Linda Mangano since I was a senior at Bethpage High School in 1982. She published some of my articles in the Bethpage Tribune where she served as editor. I went on to become a freelancer at This Week publications after high school graduation and ultimately a reporter at Newsday. I left Newsday in January 2010 to join the Mangano administration because I wanted to help combat the then burgeoning heroin epidemic. Linda helped me do that and she never asked anything in return.

Linda has always been a down to earth, approachable, generous, loving and caring person to everybody she came in contact with.

I urge you to allow her to continue helping save lives.

Eden Laikin
516 361 4385

May 30th, 2019

To The Honorable Joan M. Azarck

United States District Judge

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722


Your Honor,

My name is Theresa Black and I am writing to you on behalf of Linda Mangano, so I might be able to share my experiences and first hand knowledge as to the kindness and dedication that has become synonymous with Linda's name throughout the community of Bethpage, and certainly for me personally.

I first came to know Linda over thirty years ago when I was a member of the Chamber of Commerce in Bethpage. Linda and Ed Mangano were among the founding members of this organization and their dedication and spirit remain with this organization still today. Linda served many roles throughout the years with the Chamber of Commerce and it was through her hard work and tireless volunteer hours to bridge the gap between the community and business members of Bethpage, that made the organization stronger and the town of Bethpage a better place to live! Linda was the force behind the Bethpage Summer Festival, as she worked tirelessly to raise funds which were used so Bethpage was able to light our downtown at the holidays each and every year. Bethpage is a hamlet, and as such, there was no such entity or revenue before Linda Mangano and the Chamber of Commerce made it so! This old fashioned holiday celebration, where Linda made certain that hayrides went smoothly, goodies and hot chocolate were plentiful and choirs from our local temple and churches were represented, was then, and continues today, to be a Bethpage mainstay for thousands of Bethpage residents. It may sound corny and silly, but this 26 year tradition that continues to this day, created memories that many generations of Bethpage residents who begin our holidays together, are included among their fondest memories, as they are for me and my family. I am certain, without the hard work and sharing spirit of Linda Mangano, where she always put others first, I am quite certain that this event would have never been created or endured for so many years.

I was also fortunate to serve on many boards and committees under Linda Mangano as she held many executive positions in the Bethpage PTA. Linda was always a leader, who gave of her time and heart 110% to the benefit of ALL Bethpage students, not just her own sons. She unselfishly gave of her time and artistic talents, whether she was organizing a Safe Halloween for each and every child in Bethpage, at a particularly scary time for parents to send our children out Trick or Treating. Linda made us all forget why we were there, but rather made it the "place to be ", as games and treats lined the "Haunted Hallways" of Bethpage High School. Throughout the years that her sons Sal and Al were in school, Linda was extremely active in PTA. There are actually too many activities to list, but all share one common thread, which is the dedication and giving heart of Linda Mangano. She personally didn't benefit from

anything (except some sore feet) and she was always genuinely happy to help and make sure that each child benefitted from the experience. Her kind and giving heart is consistent and extremely genuine! Linda could always be counted upon and although she took on so many responsibilities, she was the person who would always get the job done as she promised, and then some. She made those years' fun and rich, not just for the kids, but for any parent who was lucky enough to serve on a committee with her!

In the same caring spirit, Linda began to dedicate more of boundless energy to the scourge of the opium epidemic. Like many of us, Linda was deeply moved and concerned about this deadly, and too often personal tragedy, growing among us. But unlike many others who felt powerless, Linda fully engaged herself as she first became Narcan certified and then encouraged anyone and everyone she could to do the same. The personal pledge to dedicate herself to this extremely scary epidemic, took her away from the daily workings of the Chamber of Commerce, but all who knew her, knew that her dedication and energy to this war on our children, was where she was needed and where she belonged right now. She devoted so much of her time to this cause and made saving lives her priority. She was, and is, a truly much needed force in this ongoing battle!

To give some idea of her tireless dedication, I have a personal friend whose child needed immediate intervention. Linda spent literally days with this family, navigated a terrifying circumstance with them, counseled them, advised them, and cried with them! None of this was her job - None of this was required - I'm sure her busy life could have easily excused her - except when you know Linda Mangano and then you know there is no half way with her. I placed my friend's delicate and broken heart in the caring hands of Linda and I'm ecstatic to say, that several years later, this young lady is not only ALIVE but THRIVING! I'm CERTAIN that if not for the Linda's intervention this child (and family) would have surely been lost. I am also certain that this is just one of many lives that she has touched and saved. She would never want credit or attention brought upon herself, but I'm certain that Linda Mangano has saved countless lives and spared thousands of families the unthinkable tragedy of losing a loved one, especially a child.

Your Honor, this is the woman I hope you will consider when you consider her sentence. I implore you to show mercy upon Linda who has done so much good, for so many, for so long. This was not a community service project, this is how this woman lives her life. This is how she has raised her two sons, who are two fine young men. This is a woman who could have easily been selfish with both her time and her heart, but in stark contrast, she is the opposite – she gives of herself over and over again, in all aspects of her life over the span of decades. I realized that she has been charged with a crime but I am hoping for Linda and for the thousands of Long Island families that she has helped and will continue to serve, that you will show leniency in your sentencing and allow Linda to continue in the many positive aspects of her life that has positively impacted others.

Sincerely,

Theresa Black

6 Parkview Court Farmingdale, NY 11735

516-777-2424