Kevin Kelly
24802 87th Avenue
Bellerose, NY 11426
347-724-1570
firefighter307@aol.com

HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

May 28th, 2019

To the Honorable Joan M. Azrack,

My name is Kevin Kelly and I became a friend of Linda Mangano through my wife Gail's longtime relationship working with her at New Media Printing and the Bethpage Tribune. I worked 27 years for the FDNY which I am now retired from due to injuries responding to the World Trade Center attacks.

My daughter Kristen and Linda's son Sal were both born in the same year. We took family vacations together to Sesame Street Place and also attended other functions including fairs, birthday parties etc.. During the 38 years that I have been friends with Linda, there is one trait that she has that really impressed me. It is her ability to care for and do whatever she can to help people in need. One time being a veteran trying to survive on a fixed income who couldn't afford an ice cream cone because he had to save his money to heat his home. So not only did she get him an ice cream cone, but also made sure he had a full oil delivery. Another example being a needy family that couldn't afford formula and diapers. She would take it upon herself to make sure the family was taken care of. She also dedicated a lot of time to the ever-growing opioid crisis in Nassau County. Linda Mangano's dedication to community service speaks for itself.

I do understand that she has been charged with a crime. While that charge is inconceivable to me, I was not on the jury and I do respect our legal system. I have no political aspirations attached to being friends with the Mangano's being that I do not live in Nassau County. I do though ask for leniency for Linda because of all of the good she has done for her community.

Sincerely,

Kevin Kelly

Gail Kelly
24802 87th Avenue
Bellerose, NY 11426
516-849-0113
gkelly619@aol.com

HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

May 28th, 2019

To the Honorable Joan M. Azrack,

My name is Gail Kelly and I am currently employed by Harbor Childcare. I worked with Linda Managano for about 29 years at Photonews and New Media Printing, and currently work with her on the Bethpage Tribune. We have always had a great working relationship.

Linda and I have been friends for 38 years and I was the Matron of Honor at her wedding. She is the most kind hearted and caring person you could meet. She has a heart of gold and would do anything for anybody. She took in her niece when she left home and treated her like her own daughter. It didn't just stop with family. Linda would help anyone in need, veterans, struggling families, neighbors, her community and so on. Her neighbor was struggling financially and without question, she went out and bought them diapers, clothes and food for the kids so that they wouldn't starve. She also would help out our colleagues that were struggling at New Media Printing. Seeing people in need on a daily basis was upsetting to her, and all she wanted to do was make them smile. One of her most recent and biggest passions has been helping those who struggle with opioid addiction. The amount of time she has dedicated to the opioid crisis has saved so many lives and touched so many hearts.

I understand that she has been convicted of a crime, but I do ask for leniency on her behalf. She is a wonderful person and I cannot believe that this is happening to someone who has helped so many in her lifetime.

Sincerely,

*Gail Kelly*

Gail Kelly



# GREATER LONG ISLAND RUNNING CLUB

101 Dupont Street • Suite 24 • Plainview, New York 11803 • Email: info@glirc.org • www.glirc.org
Phone: 516.349.7646 • Fax: 516.349.7647 • Marcum Workplace Challenge: 516.349.7649

President
Michael Polansky

Executive Director
Sue Fitzpatrick

Vice President
Mindy Davidson

Vice President
Carl Grossbard

Treasurer
Melissa Altschuler

Secretary
Tracey Epstein

Director of Development
Jaclyn Dagnali

Logistics Director
Adriana Sisiano

Creative Directors
Susan Cook, Karen Conkling

Senior Fest Chair
Bert Jablon

Director
Lazer, Agliwkes, Rosella & Yodid
Kings Park 15K
Steven Toto

Director
Jones Chiropractic
Sports Injury Care ASPIRE 10K
Heart & Sole 5K Run
Karen Schackner

Director, Long Island
Greenbelt 50K & 25K
Nick Palazzo

Director, Runner's Edge
Long Island Women's Run
RunSmart/RunStart Programs
Debbie Blair

Director
Marcum Workplace Challenge
Mindy Davidson

Co-Coordinators
Runner's Edge - TOBAY Triathlon
Mindy Davidson, Ray Farrell

Director
Ocean to Sound Relay
Bob Sherman

Director
TOB Town Supervisor's Run
Michael Polansky

Co-Directors, Lynn Gartner,
Dunne Rob's Run 5K
James Murray, Sue Fitzpatrick

Director
Steel Equities / Gold Coast
Ho Ho Ho Holiday Run
SRO 10 Mile Run to the Blue Point Brewery
Great South Bay Brewery Run
15K Run to the Port Jeff Brewing Co.
Ric DiVeglio

Director
Fred von der Heydt Memorial
6 Hour, 50th Birthday Run
Myron Ballovin

Club Coach
Ed Melnik

Blood Drive Director
Gina Gelman

Scholarship Program Director
Erica Gasson

Membership Director
Sherry Ballovin

Trustees-at-Large
Alan Belsch
Scott Falngieve
Paul Fetscher
Amy Goldstein
Ed Grenzig
Lou LaFleur
Rebecca McDonald
Glenn Morse

July 26, 2019

Hon. Joan M. Azrack
**United State District Court Judge**
**Eastern District of New York**
**100 Federal Plaza**
**Central Islip, New York 11722**

Dear Judge Azrack:

I am the President of the Greater Long Island Running Club, and have served in this position for over 40 years. In the course of my work to promote and foster running and fitness on Long Island generally, it has been my privilege and pleasure to have worked with Linda Mangano in joint efforts to promote running and fitness events in and around the Bethpage community specifically.

I first met Linda when she became the Editor of the Bethpage Tribune. Over the years she has been instrumental in helping us publicize recreational sports in Bethpage and has helped immeasurably to publicize our events in the community.

I am aware that Linda has been charged with a crime, but nothing that she could be charged with can detract from all the good things that she has done for Bethpage over the years. There is nobody in the Bethpage community who has been more responsive to the needs of the community — and of individual community members --over the years, and who has done more to create the image of Bethpage as a wonderful place for people to live and raise their families. She has been and continues to be involved in every community activity and every local charitable effort.

I urge the Court to exercise leniency on her behalf. She most definitely deserves it.

Best regards,

Michael Polansky, President
Greater Long Island Running Club

November 27, 2019

### A Letter in Support of Linda Mangano

I am writing in support of Linda Mangano. I have known Linda for 25 years. We are not friends, I am more of a family acquaintance as I have worked in refugee camps in Asia and as a social work professor at the University of Vermont and not in my home town, Bethpage. So, my account is from intermittent contact. Having been a social worker for almost 40 years, I have met many, many people of all kinds, from many cultures. As such, I have become a keen judge of character. I am a deep admirer of Linda Mangano.

Spending time visiting family and connecting with them over the years I have both seen and heard many wonderful things about this woman. I have been present when she has unexpectedly popped in to check on my mother over the years. This may seem like a small thing, but it is the multitude of small things this woman has done for others her whole life that constitute her character. Never have I heard a bad word about anyone come out of her mouth. Instead, she is the person who builds others up, who always has a quiet word of encouragement, who sides with the vulnerable. I have heard story after story of her integrity, kindness and care.

I admire Linda because she has consistently lived her values. She has raised two young men who are smart, kind, and understand that life is about supporting and helping others and living with integrity. In fact, in this case, I would say she has been kind to a fault. I also admire Linda because she has stood, even at times knees shaking, for what she believes in. Truth, honesty, and integrity have been her life-long calling card. Her greatest gift, however, is the love she has and consistently demonstrates for others. She has lived her values and her faith. The world could do with more people like Linda, it would be a better place. She is, in this social worker's grateful eyes, one in a million.

Sincerely,
Susan A. Comerford, Ph.D.

Susan A. Comerford, Ph.D.
140 Wells Street
Burlington, VT 05401

November 27, 2019

## A Letter in Support of Linda Mangano

My name is Mary Comerford. I live in Bethpage and I am ninety-three and a half years old. I have known Linda Mangano for over 28 years. I first met Linda at the Bethpage Fire Department where we both were observing a ceremony. My first impressions of her where that she was a happy, vivacious and loving young woman – in a word – a delightful. Over the years her son and my grandson grew up together. Born the same day, they played hockey and became lifelong friends. This brought me into close contact with Linda.

Linda was always involved in supporting and building community in town. As editor of the Bethpage Tribune, she worked to highlight ALL the good people and events in the community, bringing joy to many. This was especially true of families who had lost a loved one. She wrote the most beautiful tributes about these much beloved souls who had passed. Her newspaper work brought her into contact with many people in Bethpage and beyond, particularly those who were vulnerable or who struggled. Linda was a quiet source of support and joy and where necessary made it her business to find ways to help materially. She is a woman who lived for others, offering to help wherever she could.

On a very personal note, the kindness and care she shows others, has also been shown to me. Despite her busy schedule, she would pop in to visit. Until you are my age you will not fully understand how deeply touching it is to have visitors and to be valued and cared for. Linda is exactly that kind of person. Another memorable example, among many,  occurred  a few years ago. When I came home from the hospital before the holidays, I was greeted by a beautiful little, decorated Christmas tree and holiday decorations. Linda had done it to surprise me after I had a stroke.

In so many ways, over so many years, Linda Mangano has been an angel among us. She has consistently demonstrated loving care to everyone around her. Her kindness has been matched by her integrity, her honesty and her willingness to be with people in their struggles over the long haul. Somehow, she has managed to maintain her positive, loving, steadfast kindness despite the circumstances. Linda Mangano is the real deal and is worthy of the same kindness and care she has given to others throughout her life.

Sincerely,
Mary A. Comerford
Mary Comerford
143 Apollo Circle
Bethpage, NY 11714
(516) 349-7528

**Susan L. Ferraro**
**341 N. Wisconsin Avenue**
**Massapequa, NY 11758**
**516-455-8302 / sue11758@aol.com**

April 18, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Azrack:

My name is Susan Ferraro. I have worked in the Behavioral Health field for over 30 years specializing in the addiction field. Approximately five years ago, I met Linda Mangano in the capacity of developing programs within Nassau County to help combat addiction, advocating for addiction services, creating awareness, helping to decrease the stigma, etc. Linda volunteered (days, nights, and weekends) in her capacity as First Lady of Nassau County to help eliminate barriers to treatment and creating pathways for recovery (specifically Nassau County's Vivitrol Program). She continues to go and run the Vivitrol weekly support group for patients, families, and friends.

I recognize that Linda has been charged with a crime. I am asking for leniency for Linda. She is the core and backbone of this weekly support group. She is helping keep people alive as we battle this horrific disease of addiction. We (those in the field) need more warriors like Linda fighting to help save a life. I have witnessed Linda put her life on hold when she received a phone call from a person in need. She was in the process of becoming a Credentialed Alcohol and Substance Abuse Counselor. It is my hope that she is able to continue on this journey. She has such compassion and hope to offer people. She would be an excellent addition to the Behavior Health field.

Thank you for taking the time to read my letter. Please feel free to contact me if you have additional questions or would like to have a discussion.

Sincerely,

Susan L. Ferraro

Dear Judge Azrack,

I first want to apologize that I am not the greatest at writing letters. With that I am writing to you to ask you for leniency for Linda Mangano. I first met the Mangano's over 25 years ago and I had the honor to be a part of there family. I was 19 years old at the time and I was going no where with my life. Linda Mangano saw trust in me to watch over their children who were 2 and 3 at the time. She taught me how to live an honest life and to not run away from my fears. She taught me how to be the man I am today. Linda is a remarkable woman, she I one of the most caring, loving, hardworking persons I have ever met. She is always putting herself last before others, never saying no and always making sure that you are ok. She's the first to help or volunteer with anything to help others. She never askes help for herself or looks for any handouts. She is always a friend that you can call when you need someone to help or just to listen. Linda has done great things for people over the years I have known her, she has helped people who had no hope in life and that was on the edge of never coming back, get there life back and helped them stay on the road to recovery. Even at all hours of the day and night. Linda has always had a flaw and that flaw is that she trusted people and always gave people the benefit of a second or third or fourth chances, but that flaw also makes her that kind, loving person. She is truly one of the most beautiful, gentle, caring, souls on this earth. I owe a tremendous amount to her for what she has done in my life. I believe sending her to prison will only take away a person who has done so much good in the world and that this world needs Linda in it to continue doing good and keep making a difference in people's lives. She is the one person in my life that I can truly call my friend and has a large piece of my heart. Please I beg of you to not send her away from me and the hundreds of other people that knows she is a truly good soul. Thank you for your time.

Sincerely

John P. Imbriale

(516) 351-1116



January 14, 2022

**HONORABLE JOAN AZRACK**
**UNITED STATES DISTRICT JUDGE**
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

I am writing this letter in support of Linda Mangano.

My name is Patricia (Patty) Donohue-Brown, I have lived in Bethpage for 34 years. During those years I have been an active volunteer within the community. My involvement includes Boy Scout Den Mother, Girl Scout Leader, Bethpage UFSD PTA, BHS Dad's Club, St. Martin of Tours (Religious Education teacher), Co-Chairperson of Bethpage American Cancer Society's Relay for Life, and as a founding member, Past Secretary, and Distinguished Past President of Bethpage Central Park Kiwanis Club, where I currently serve as Vice President.

I first met Linda in 2001 when I joined the PTA at Central Boulevard Elementary School where my daughter was a student. I signed up to participate in the PTA skit for the annual Lip Sync Show and Linda generously offered her home for us to practice our dance skit. That was the first time I witnessed Linda's generosity and certainly not the last. I currently work at Realty Connect USA as a Real Estate Agent, and I was thrilled when Linda was hired as I knew she would be an amazing asset to the company and to all of us agents. If I go into the administrative office with a problem without hesitation Linda has my problem solved in no time!

When I heard that Linda had been charged with a crime I knew she was innocent, mainly because I know that Linda is an honest, caring, unselfish & generous person, and because of two conversations that I had with her years before which came quickly to mind. In one conversation we were discussing her job working for a Marketing Company, one of her clients was a school district which I considered a long distance to drive to and Linda explained to me that she doesn't always have to be "on site" and that she can do her job from home. The second conversation occurred when Linda's husband, Ed, was elected Nassau County Executive. I asked Linda how her sons felt about it and she told me that she & Ed explained to them that this doesn't change them or how they live their lives and that they were not to expect special treatment from anyone. During my 34 years living and volunteering in Bethpage I have been able to observe the Manganos in many different settings and I have never witness them expecting or accepting special treatment. I have never heard a negative word said about Linda, Ed or their sons, they are, simply put, "Good People".

I write this letter with a request of leniency for Linda. As I mentioned earlier Linda has always been and still is an honest, caring, unselfish & generous woman. She has brought happiness and joy to thousands of people through her dedication to our community, Nassau County and to all the organizations she has held fundraisers for. Most importantly, let's not forget the lives that have been saved due to Linda's Narcan Training Initiative. We need more people like Linda Mangano, an honest person who truly cares and makes this world a better place.

Sincerely yours,

*Patricia A. Donohue-Brown*
Patricia A. Donohue-Brown
146 Harrison Ave
Bethpage, NY 11714
(516) 993-1368

Dear Judge Azrack,

I'd like to begin by introducing myself, Maria Bilardi. My husband Anthony and I have lived for 27 years in Plainview with Bethpage as our school district. I have been a licensed Cosmetologist for over 42 years and my husband just retired an almost 40 year career from NY City Department of Corrections.
I'm writing on behalf of Linda Mangano a member of our community that I met the day I closed on my Plainview home. Ironically that same day my new neighbors, the Mangano's were moving out. The other neighbors in the cul de sac said we were missing out on a great family and thought Linda and I would have gotten along great because we had so much in common with the big Italian family, children the same ages, our love of cooking and taking care of people...etc... Luckily we met up again thru our school district and community events. All the wonderful things I'd been told of Linda were so true. She became a major contributor to our community on so many levels and truly devoted her life to improving our childrens experience in our district. I was blown away by the amount of time and effort she put into assuring our Children got the most they could out of their years in school and the Bethpage community. Although we never spent time on a personal level together, we were always attending school functions,meetings, committees,fundraisers,Celebrations for Veterans, Toys for Tots , Island Harvest, and so many countless other countless events all spearheaded by Linda Mangano. She did all this with sincerity and a smile and never looked for the accolades as most do when they are this in twined to the P.T.A. and Community.
I understand you don't know her as we do but I am begging you to have the utmost leniency in regards to this sentencing. The thought of Linda spending time in prison is so unbelievable to me. The way she volunteered herself to improve the lives of so many others for so long has to count for something. Linda has worked so hard all the years I've known her to make a positive difference in the lives of less fortunate, please take this all into your consideration going forward. Thank you for taking the time to read this and if needed am available if you choose to speak further.

Thank you,
Maria Bilardi
7 Annette Ct.
Plainview ,NY 11803
516-857-6827

**Edward G. Hofman**
**48 Suffolk Road**
**Island Park, NY 11558-2146**
**516-431-8176 Home**
**516.297.5788 Cell**

May 29, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Honorable Azrack,

Re: Linda Mangano

I am a retired Teamster, who worked at JFK International Airport through the 1990's. I met Linda's father-in- law at the airport forty years ago and have been close friends ever since. Linda has gone from being his family member to what I would now consider to be a truly good friend.

I am aware that she has been charged with a crime and can still not believe any of it could be possible. She has always been a very hard worker while still being a phenomenal mother. She is continually helping others, whether it is at the church, government programs, civil groups or fraternal organizations. Linda is always available to anyone who needs her help or advice. She has that "take charge" attitude when confronted with a problem and then takes total responsibility to complete the task.

The current situation has taken the "glint" out of her eyes and slowed her down by a step. Linda is still there for you and continues all her "helping ways." But, through all the years she has helped us, we need her back 100% to keep that heart available to anyone who needs it.

The strain of all this has been overwhelming and punishment enough for everyone. I cannot believe anymore would be necessary and I rely on the mercy of the court for leniency.

Sincerely,

Edward G. Hofman

**Dolores M. Hofman**
**48 Suffolk Road**
**Island Park, NY 11558-2146**
**516-431-8176 Home**
**516.456-7365 Cell**

May 29, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Honorable Azrack,

Re: Linda Mangano

I have been Program Manager of the Queens Air Services Development Office, a not-for-profit organization, located at JFK Airport, for the past 28 years. Prior to that I worked twenty-three years for Pan American World Airways and ran Evergreen Airlines Personnel Department for two2 years in between. I met Linda's father-in-law, John Mangano, through my airport affiliations about thirty years ago. Through him, I met Linda Mangano, a woman who has done so much for so many.

I am aware that she has been charged with a crime and just can't believe that she can be guilty of any wrong doing. She is a good mother, having raised two fabulous sons, has done so much work in the community to end drug abuse, helps raise funds for our four-legged friends who cannot speak for themselves and is involved with helping NY Senior America (which helps both senior women and Veterans)...just to name a few! I was actually crowned "Ms. NY Senior America 2016" myself. Her outpouring heart has helped more people and more animals than any other human being that I know.

I respectfully beg the Court to exercise leniency on her behalf in consideration for all that she has done and is still doing to make lives better for oh soooo many.

Respectfully submitted,

*Dolores M. Hofman*

Dolores M. Hofman

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York.  11722

Dear Judge Azrack,

I am writing to you on behalf of Linda Mangano, who I have known for approximately 14 years. I was fortunate to meet Linda while our children were attending middle school in Bethpage. Together we served in various capacities on the PTA's in both the middle school and high school. Linda was the creator of many of the school community's major events including Safe Halloween in the Halls and the Marine Fitness Team's annual pancake breakfast. You could find Linda working at the community holiday event, street fairs, train shows, carnivals, and even clean-up of the town's Main Street. I enjoyed working with Linda. She was positive, caring, kind and fun. She truly cared about all in her community.

I am aware of the crime she has been charged with and the impact it has had on her family.  I am truly devastated for her and respectfully ask that you exercise leniency on her behalf.

Thank you for your time.

Sincerely,

Lisa Mastanduno
10 Thorpe Lane
Plainview, New York.  11803
516-361-7324

May 30, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Judge Azrack,

My Name is Regina McGovern and I have been a licensed Real Estate Agent for over 20 years. In, addition, I am a wife and mother of 3. I keep active within my community by working with the Bethpage Community Council, the Bethpage FD Ladies Auxiliary and coordinating the Bethpage Memorial Day Parade.

It's as a Mom, through PTA that I first became acquainted with Linda Mangano over 18 years ago. She was the dynamo at the meetings working tirelessly for all of our children. Through working on bake sales, fund raisers and events for the kids, we became friends. Our mutual enthusiasm for making these programs as much fun and inclusive for all the children drew us closer. There was never an event we wouldn't try to take over the top together. Over the years, as our children grew and graduated, our friendship continued and deepened. I began to write a real estate column for her publication the "Bethpage Tribune" in addition to contributing articles over the years. In addition, we worked together on Bethpage Chamber of Commerce events.

I was saddened to learn she was charged with the crime of Lying to a Federal Agent. These last few years have taken a real toll on this lovely woman whose warmth and naturally sunny disposition has always drawn people to her. Linda Mangano is a woman with a very large heart who has spent her adult life giving back to the community of Bethpage and then Nassau County. I could reel off a list of the organizations she has helped, but I think the most compelling example of Linda Mangano's true character would be her work championing NARCAN Training throughout the Nassau County. The outgrowth of this has been her work

with VIVITROL and the support group for these recovering addicts.  Even as she has fought for her freedom and to clear her name, her work on this has never waned.   While I don't have a child addicted, I have friends who do.  There is no doubt that Linda's work in these areas have not only saved lives, they have saved entire families.  Heroin Addiction is scourge across our country.  Linda Mangano has fought against it in a practical and life changing way.  I am requesting that you consider the truly important work she has accomplished and weigh that against any penalty that might be levied against her.  This is a woman who has devoted her life to service and I request leniency from the court on her behalf.  Because, honestly, Linda would never ask for herself.   She never asks for herself, but would go to the matt for anyone else.

Thank you for your time and I hope you consider the incredible good Linda Mangano has done for her community in making your decision.

Sincerely,

Regina McGovern
213 North 5th Street
Bethpage, NY   11714
516-707-3158

May 30, 2019

Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Your Honor,

My name is Patrick McIntyre and I write to you today to ask for leniency for Linda Mangano. Jailing her would not benefit anyone but could actually hurt people battling drug addiction.

In the nearly 3 years that I've known Linda, I've seen her go above and beyond to help stranger's access treatment, seeking help and hope. She continued to run the vivitrol support group weekly even while on trial and some of the members of the group sat in the courtroom to show their support for her. These were people whose lives she saved by helping them get and stay clean.

I met Linda when I began dating a friend of hers. Linda even helped me with a surprise marriage proposal to my then girlfriend and now wife. She always goes out of her way to help people and nobody is a stranger very long after meeting Linda. Even though neither of her sons suffer with substance use disorder, mothers of those who do seek out her counsel. Through Linda's inspiration, I have attended and completed the CASAC training at Great Escape in Baldwin.

Linda is a rare, selfless soul who has much more good still to do.

I urge you to allow her to continue helping those in the grips of addiction.

Patrick McIntyre

516-406-1377

# BRIAN R. NEVIN

*2 Columbia Place • Merrick, New York 11566 • Telephone: (518) 225-6668 • e-mail: BrianNevin@aol.com*

May 31, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

My name is Brian Nevin and I have worked on behalf of taxpayers as a public servant for nearly 19 years while employed by the State, County and Town governments. I know first-hand what it means to deliver important government services to residents, especially those disadvantaged and with special needs. I have witnessed Linda Mangano deliver such services with compassion and love while expecting nothing in return.

Approximately 9 years ago, I met Linda Mangano upon her husband's election to Nassau County Executive. Unlike the spouses of many other politicians who often seek to retain a private lifestyle, Linda Mangano immersed herself in the public domain with the simple goal of helping to improve the lives of people – simple strangers - throughout Nassau County. Over the course of 8 years, Linda dedicated a great deal of her time to many meaningful causes, including an initiative to save the lives of people addicted to opioids. With a compassion heart, Linda literally coordinated dozens of programs to help drug addicts enter treatment and recovery programs. She also comforted the families of those who lost loved ones to addiction. I have witnessed the love, compassion and comfort she provided to many families over the years. In addition to helping combat the opioid crisis, Linda dedicated a great deal of time to helping disadvantaged senior citizens and individuals with disabilities. Linda played an integral role in raising charitable funds and coordinating activities for differently-abled athletes who participated in the Empire State Games for the Physically Challenged. She has performed similar good deeds for the Nassau County Society for the Prevention of Cruelty to Animals (SPCA). Linda has also dedicated significant time to visiting senior citizens in nursing homes, baking cookies and muffins for lonely citizens at our senior centers, and provided comfort to the families of fallen police officers.

I understand that Linda Mangano has been convicted of lying to Federal officers. That said, I remain hopeful that you will consider her real life record of volunteerism, good deeds, compassion and love for others when determining her sentence. I humbly request leniency for Linda Mangano and ask that you take advantage of her ability to help others rather than punish this non-violent, first-time offender with jailtime for simply making a mistake.

Best regards,

Brian R. Nevin

May 31, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Azrack,

My name is Christine Reilly and I work at Cold Spring Harbor Jr/Sr High School in the technology department.  I have worked in education for over 13 years. I am writing to you today regarding Linda Mangano.

I have known Linda for over 40 years as we first became acquainted in high school when were both members of our school's sorority.  We later become reacquainted when our sons went to Central Boulevard Elementary School together and became fast friends.  When I say that I can vouch for Linda Mangano's character I mean it 100% and have plenty of examples to support that claim.

Linda became heavily involved in every aspect of the Central Boulevard School's PTA.  She volunteered numerous hours her time and talent to that school that every student and parent benefitted from her tireless commitment.  Linda was on so many committees and held numerous positions on the Executive Board. Whether it was decorating the hallways with her own handmade wood cutouts of Snoopy, volunteering for class mother, pretzel day sales, field day, personally designing the 5th grade yearbooks or creating a whole town from woodcuts for the annual Lip Sync show, Linda was our go to person at all times.  She put her heart and soul, and personal funds into that unpaid position and she never asked anything in return.  When she was given a lifetime PTA Lifetime Achievement Award for all her hard work, she was shocked.  After her boys moved on to the Middle School and finally the High School, Linda held positions on those boards as well, including President.  She also started a "Haunted Halloween" party where all the high school clubs and teams participated in decorating classrooms at the high school for the younger students in the district to enjoy a safe Halloween.

Another opportunity where I worked closely with Linda was on designing the Bethpage Tribute website as a final project for a college class I was taking. I learned so much about her business and how she basically continued to do it even when it wasn't making much money because she wanted the town to continue to have a "Good New Newspaper" where our families and students' achievements could be showcased. Her dedication to the town and people of Bethpage is something to behold.  Everyone in our town also benefitted from her dedication. Finally, on a more personal level, in 2014 I was diagnosed with Stage 3 Colon Cancer and Linda reached out to me as soon as she heard.  She kept in regular contact to see how I was doing and always reminded me that if I needed anything at all I could reach out to her at any time. I will never forget her being there in my time of need because that is the kind of person she is.

This trial and being charged with these crimes has taken a huge toll on Linda's life.  I have always felt that these charges were unjust and did not understand how she could be found guilty.  Anyone who knows Linda knows what an ethical, honest and decent person she is.  She has been an amazing

daughter, daughter-n-law, wife, mother and friend who absolutely should be treated with leniency. Judge Azrack I pray that you do the right thing by Linda Mangano and show her the leniency she deserves.

Sincerely,


Christine Reilly

**MARLEEN SCHUSS**
318 EAST SHORE DRIVE
MASSAPEQUA, NY 11758

June 4, 2019

Hon. Joan Azrak
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Linda Mangano

Dear Judge Azrak:

I am the New York State Director of Ms. Senior America, a 501(c)(3) not for profit whose mission is to empower women over 60. This is to request that prior to sentencing, the Court consider Linda Mangano's long history of volunteering and community involvement in Nassau County. Linda has been most supportive of Ms. Senior America and she has been an ardent supporter of the organization's mission to enhance the lives of women over 60. Linda has served as a judge and advisor and friend of the organization for more than a decade. She has always given of her time and energy.

I trust that the Court will not, while contemplating sentencing, lose sight of Linda's true identity--that of a mother and respected community servant, whose trusting soul and naivety left her enmeshed in a complicated set of circumstances not of her own making and none of which should diminish her decency and kindness to others.

Respectfully submitted,

*Marleen Schuss*

Marleen Schuss

Honorable Joan M. Azrack

United States District Judge

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

Dear Judge Azrack,

My name is Thomas Beck, and I will be a freshman at Drexel University this fall to study nursing. I live in Seaford, New York, and just graduated from Seaford High School. I was a part of National Honor Society, Tri-M Music Honor Society, the Top 25 of my graduating class, Model Congress, Mathletes, and Key Club. Since January of 2019, I have been working as a barista at Starbucks.

Linda Mangano has been a part of my life since I can remember. Linda is the mother of my cousin's best friends and eventually became my aunt's best friend. As the years went by, my Aunt Kathy and Linda became close confidantes who confided in each other and found comfort in each other's company and advice. As the two grew closer, Linda became our family friend. Linda came to many of my family's communions, confirmations, weddings, funerals, holiday parties, and just about any other event. She was someone I grew to love and admire. I enjoy her company and selfless spirit. I would always hear from my aunt about all the events Linda would be involved in, whether it was in the public eye as the First Lady of Nassau County, or as a resident of Bethpage. My Aunt Kathy and Linda participate in a meeting on Tuesday's that teach people about how vivitrol helps reverses a heroin overdose. Being that I am going into the healthcare field, I will be attending this class in the following weeks. I am very grateful that this information is available for myself and for those who want it. I have seen Linda's giving spirit firsthand, when a friend of mine and I volunteered at a flea market she set up last December. People around town donated items that others could buy, and all the proceeds would go towards charities, such as the Lustgarten Foundation, Last Hope Animal Shelter, and Kathy's Krew-Making Strides Against Breast Cancer .this event took a lot of planning and advertising in order to make it the success that it was. What I find so poignant with this example of her character is that she organized this charity event, even though she and her husband were going through the trial of their lifetime. This is an example of the selfless person that is Linda Mangano.

I am aware Linda Mangano was charged with a crime. However, I feel that with her record of volunteering for worthy causes and her selfless spirit, her sentence should be lenient. I have seen firsthand, as well as through what my aunt has told me, how this trial and charge has shaken her. From what I see, Linda Mangano has lost so much through this judicial process, both emotionally and financially. The one thing she does not have to lose is her reputation for being a selfless and caring individual to strangers, her family and friends, and her community.

Sincerely,

Thomas Beck

JOHN A. FRANCHI
58 LORIJEAN LANE
EAST NORTHPORT, NY  11731
631-629-9434

August 14, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York   11722

Dear Judge Azrack,

My name is John Franchi and I am the District Director of Physical Education, Health and Athletics at the Bethpage School District where I have served in this position for  the past nineteen years.  Prior to that position, I was a Physical Education and Health teacher, also for the Bethpage School District.

I came to know Linda Mangano when she was the PTA President for Bethpage High School.  The enthusiasm and pride Linda had for our school and community was second to none.  Linda constantly volunteered her time to make the experience for our students and faculty a memorable and positive one.  Several years ago, we created a program where we opened up our school building on Friday evenings.  This program gave our students the opportunity to socialize with classmates in a safe and drug free environment.  The reason that I mention this, is that Linda was there every Friday night we ran the program, volunteering her time to chaperone and making popcorn for everyone to enjoy.  That's the type of person Linda is.  She's the "old school mom" always putting her family, school and community ahead of herself.  Another example of Linda's thoughtfulness was when she offered to redesign the athletic trophy cases in the high school as they had not been updated in some time.  Once again, Linda came in on her own time, never asking for anything in return and did an amazing job.

I am certainly aware of the charges against Linda and it is my hope that the court will exercise leniency on her behalf.  Linda is an amazing person that has done so much to help others and unfortunately, due to the legal issues at hand, her spirit has been dampened.

I could go on and on about Linda's kind and giving traits.  If you need any additional information, I would be happy to share it with you.

Sincerely,

John A. Franchi



July 27, 2019


Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722


Dear Judge Azrack,

My name is Merrill S. Zorn, and I am the owner of Zorn's of Bethpage.  We are a well-established, family owned and operated business in the Bethpage community for over 80 years.

I have known Linda Mangano for more than 20 years.  It has been my pleasure to work side by side with Linda on many civic endeavors and charitable events including the Bethpage Chamber of Commerce, the Community Relations Board at St. Joseph Hospital and various other associations.  Linda's dedication and commitment to the Bethpage community, is unsurpassed.

I am aware that Linda has been charged with a crime, and the toll the entire experience has had on her, and her family.   As a person who has always been there for not only her family and friends, but her home of Bethpage, this entire experience has affected her deeply.  In spite of all that she is going through, she continues to have an interest in the welfare of others and shows great concern and compassion for all those she meets.  Her warmth and grace through this ordeal have remained intact, despite the mental and emotional strife she is going through.  I am proud to call her my friend.

I am asking that the court exercise any leniency on her behalf.


Sincerely,

Merrill S. Zorn
Pres./CEO


4321 Hempstead Turnpike • Bethpage, New York 11714-5798 • Tel: 731-5500 • Fax: 731-0524

Hon. Joan M. Azrack
United States District Judge
EDNY
100 Federal Plaza
Central Islip, NY 11722

April 22, 2019

Dear Judge Azrack,

I am writing this letter on behalf of Linda Mangano. I currently prosecute child abuse and neglect cases in Suffolk County Family Court.  Prior to this position, I served as Town Attorney for the Town of Huntington and before that I served as a prosecutor in the Bronx District Attorney's office where I was assigned to the homicide and sex crimes bureaus and ultimately was promoted to Deputy Bureau Chief in the Trial Division.

I have known Linda for approximately thirty years. She is my sister-in-law as I am married to Edward Mangano's brother, John.  I can say without qualification that Linda is the most supportive and loving family member who never says "no" when asked to help another family member. Her dedication to her husband, children and to our mother-in-law and father in-law is extraordinary.

Linda grew up in Bethpage and her dedication to the residents of Bethpage is on par with her dedication to her family. I had the chance to see up close how she grew from the wife of an elected county legislator to the wife of the elected County Executive, winning an election no one expected her husband to win.  She worked tirelessly for the residents of Nassau County just as she did for the residents of Bethpage and for her family. Her commitment to addressing the opioid crisis in Nassau County is one example that I will never forget.

I can understand how you, as the Judge presiding over the case, will view this letter as just a letter from a family member. But I am more than that. I am dedicated public servant who has served as a prosecutor for most of my legal career. I know the value of a case and I know when leniency is warranted and not warranted. This case has taken a terrible toll on Linda, the Mangano family and the many lives Linda continues to touch. If ever a case called out for leniency, this is the one. I think we can agree Linda has already paid quite a price.

Very Truly Yours,

Cindy Elan-Mangano

Cindy Elan-Mangano

May 21, 2019


The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722


Dear Judge Azrack,

My name is Jean Gallagher.  I am a secretary for the Bellmore-Merrick Central High School District. I am a mom of four daughters who have gone to school with both of the Mangano boys and I have served on PTA committees with Linda Mangano. I grew up in Bethpage with both Linda and Ed.

I am aware that Linda was charged with a crime and I am asking that the court exercise LENIENCY on her behalf.  Linda is a responsible individual who has given much of her time to the Bethpage community and has cared for the well-being of hundreds of students who passed through the halls of the Bethpage schools.

Thank you for your consideration in this matter.


Jean Gallagher

44 Old Hill Lane
Levittown, NY 11756
April 24, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack,

I am writing to you to bear witness to the character of Mrs. Linda Mangano. I am retired from 35 years with the U.S. Customs Service. For the past 12 years I have been a volunteer with the Office of Prison Ministry of the Diocese of Rockville Centre, serving at the Nassau County Correctional Center in East Meadow, NY. In an effort to respond to the severe opioid epidemic here on Long Island, three years ago I actively sought to find out all I could about opiate addiction and services to help combat this disease. I started attending a group that had been meeting locally at Saint Bernard Church in Levittown called "Vivitrol Education and Support – A Shot at Life". Originally spearheaded by the administration of former County Executive Ed Mangano, the group has continued to meet every Tuesday evening offering vital education and support to addicted persons and their families. Since then I have attended these meetings weekly and have observed the caring leadership exercised by Mrs. Mangano. I know personally several individuals, who had been enslaved by addiction, who credit Linda with saving their lives. These persons - young and old, men and women - are now providing invaluable assistance to addicted individuals. I have watched in amazement as Linda has attended to the individual needs of our participants with kindness, compassion and wisdom. In spite of the charges she has faced, Linda continues to persevere in caring selflessly for those in need every Tuesday evening and beyond without a hint of self-pity or attention to her own situation. I consider her a person of integrity and courage, whose life is directed toward alleviating the suffering of others.

I tell you all this because I want you to know something about Linda Mangano that does not fit the image that several news reports have conveyed. I have experienced firsthand and consistently over a three-year period the caring dedication of this selfless woman, who continues to help those in the throes of addiction find redemption.

In rendering your decision, I humbly ask the Court to act leniently so that Mrs. Mangano may continue to provide this unique life-giving aid to those who suffer from the disease of addiction and their families. Thank you for your kind attention. Please do not hesitate to contact me if I can be of further assistance.

Sincerely,

Walter F. Rodier
Walter F. Rodier

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Honorable Joan M. Azrack,

My name is Risa Schmidt, a mother
of 4 children residing here in Nassau
County. I was a stay at home
mother for many years until one of my
children put us in enormous debt due
to his addiction to heroin. I at 50
went back to work as a CHHA. I became
aware of the work the county was doing
and attended a narcan training and
gathered more literature to educate myself
and try to help my son help himself.
All to have a horrific outcome. He lost
his battle. A counselor told me to get
involved with helping others with this
problem to help myself cope. I began 4 years
ago volunteering for every public narcan
training with Eden Laskin of Nassau County
and was then introduced to Linda Mangano.
Along with the counties programs, Eden and
Linda allowed me to help them with
organizing numerous county events to
enhance awareness of the programs

Pg 2 of 3

offered such as the Hands and Hearts, Recovery Wellness Fair and the high school Drug PSA Contests. On the Contests, students throughout the county were given a theme to create a short video and awards and donated prizes were given to all in an effort to bring awareness to young students. Linda promoted the event personally, addressed the students, had citations made for them as well. Her tireless efforts were driven by her compassion to help bring awareness, help save lives and start conversations on drugs to help end the shame and stigma attached to this epidemic. I'd also like to mention at these events that she always reached out to the organization FREE, to have their singing group attend these events. They the FREE, singers (mentally & physically challenged young adults) attended the State of the County PSA contests & the Recovery & Wellness Fair. She also began the "Just Deserts" Charity event to help Sandy victims and it now raises money for Animal cruelty & prevention programs. Linda's marketing slogans and input was invaluable to Nassau County residents at no expense for all these events. She eagerly did all this out of the goodness of her heart using her own funds to enhance

PG 3 of 3

These events, Alicia has also spread the word for Virtreat which I watched turn my Chris's friend into a school band. Working functioning young lady who for years have helped so many to have notoriety and a good life. Alicia's compassion for the parents that have lost children is genuine like all that she does and did for our residents thru the years. The events reached all areas effecting residents including our male and female Veterans. I really am aware of the changes which she is facing and would greatly appreciate if you could consider leniency. Too many will suffer from her absence and her continuing efforts that have remained thru all this.

I am very appreciative of your time and consideration on her behalf.

Thank You
Respectfully yours,

Alicia Schmidt
(516) 508-6153

Honorable John M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Your Honor,

My name is Lee Kassler. I am a Plainview NY resident for almost 30 years, married, and the father of two children.

I have had the honor to become acquainted with Linda Mangano approximately four years ago while she and Ed were advocating for drug prevention and awareness, both officially and non-officially. Linda sat on Nassau Counties' Heroin Prevention Task Force Chaired by Ed Mangano. My son Garrett, then 23 interned for the Mangano Administration, as a spokesperson for a young adult in recovery.

Linda spent countless hours organizing, facilitating and promoting both County and private events, speaking about the disease of addiction and allowing Garrett to tell his story. Her dedication and tireless efforts were instrumental in helping those addicts and families associated with the disease.

On February 4, 2017, my son Garrett succumbed to the disease and passed.

Shortly thereafter, I formed a not-for -profit 501C3, the Garrett L Kassler Memorial Fund. The purpose of the fund is to raise awareness about addiction, recovery and most importantly, to try and prevent the terrible tragedy from happening to another family. Our relationship with Linda and her knowledge, efforts and dedication to this cause made me realize what an asset she could be to our cause. I asked Linda to become a board member, which she happily accepted. Linda and I have been training people in the use of Narcan, an opiate antagonist. We have helped families, and hopefully have saved lives. Despite her legal issues over the past year, Linda has always found some time to speak at events and help those who may not be able to help themselves. We have found inspiration in one another and an energy that drives us to keep going.

Your Honor, I am a simple high school educated person and my words here are, perhaps, not conveyed in a most meaningful manner. I am aware of Linda's conviction and potential life changing prison sentence. I humbly ask your Honor to consider not a term of incarnation, but a sentence of community service where she has proven that she can positively change the lives of those suffering from the terrible disease of addiction.

I would also be more than willing to discuss in more detail any question that may arise.

Respectfully,

Lee Kassler
516 297-2481

HONORABLE JOAN M. AZRACK
United States District Judge
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, New York 11722

HonoRAble Joan M. AZRACK

I'm Rosemarie PinTo, An Aunt To Linda Mangano. Our Family has lived in The same house For 49 years in Plainview,

When someone needs help They Know Linda will always be available - FoR Them. Linda will help sick parents, sick children, Family And Neighbors,

Linda will shop, cook, clean For Anyone in need.

This current case Has impacted a LoT of sadness And huRT upon heR, and heR Family.

I Request this couRT LENIENCY upon Linda my niece who is charged With a CRime.
Thank you
Rosemarie PinTo

May 7, 2019

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack:

I am writing on behalf of Linda Mangano, who I have had the pleasure of knowing for over two decades. As a teacher and a tutor for the learning disabled, it gives me great satisfaction to offer a tribute on her behalf. Linda is more than just a dear family member, she is someone who doesn't hesitate to give: to her family, to her friends and to her community. Linda has contributed to the PTA of her children's school, read to school children and volunteers in drug rehabilitation training for opioid addictions and overdoses, a sickness that has penetrated all socio-economic brackets of our society.  Linda publishes the town newspaper, The Bethpage Tribune and spreads her humor and empathy to those who have the pleasure of knowing her and her family. She is kind and empathetic, often assuming care-giving roles for family and friends. I am aware that Linda has been charged with a crime. However, in all the years I have known Linda, she has been an asset to society. As such, I ask for the court's leniency on her behalf.

Please don't hesitate to phone if additional clarification and verification is needed.


Respectfully,


Constance Gavin
(917) 974-0367

Honorable Joan M.Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

May 31, 2019

Attention
Honorable Joan M Azrack,

I am writing to you on behalf of Linda Mangano. My name is Carole Ann Catapano. I am a divorced mother of 2 girls, I am a business and community activist involved with Bethpage school's PTA The Bethpage Chamber of Commerce, Bethpage Community Council .

I have known Linda Mangano for 27 years. I honestly can't remember the first time we actually met it was such a long time ago. I can however remember the feeling and the lasting impression she made on me and the entire town of Bethpage. I worked with Linda on the Bethpage Chamber of Commerce and subsequently I served as a board member with her. Over these many years she was always the heart and soul on countless community initiatives. Linda always only had one idea in mind ... how she could help others. From business revitalization and improvements for our downtown including but not limited to improvements to the dangerous LIRR station. To Chamber of Commerce fundraising activities such the street fair/ carnival. To being the chairperson for a multicultural holiday lights festival at the Holiday time.
She worked tirelessly to create a safe Halloween party which lives on each year at the Bethpage High School. At which all the different clubs and organizations take a room and decorate it for Halloween and the children of Bethpage come and walk the halls and experience Halloween in a completely safe environment. And in this way Linda has touched not only the hearts of generations of Bethpage children but the parents who are so great full for what she had created for their children.

All the while giving so much of herself to others ...she has raised two sons who are fine young men in their own right.

Linda's attention had rightfully so turned to the scourge of opioid drug addiction and deaths in our communities. It was not just a matter of her attention it was her can do attitude and spirit that has helped so many and literally saved countless lives.

I am aware that she is been charged with a crime. I respectfully ask your Honor to exercise leniency on her behalf. As you consider this case please take into consideration the countless times Linda Mangano has done the right thing for the good of others.

Carole Ann Catapano
15 Parkview Circle
Bethpage NY 11714
516 384 7496

Lisa D. Hayden
35121 Dennis Road
Leesburg, Florida 34788
(954) 258-8802

Honorable Judge Joan Azrack                                    May 24th, 2019
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Dear Honorable Judge Azrack

This letter is being sent to respectfully request your leniency when sentencing Linda Mangano for case number 2:16-cr-00540, USA v Mangano.

I had the pleasure of first meeting Linda in 1975 when we both attended John F. Kennedy Junior High School in Bethpage, New York and where we remained classmates through to our graduation from Bethpage High School in 1981. During these formative years, I observed Linda to be a kind, gentle and caring young lady who was respected and liked by her fellow classmates, as well as her teachers. I don't recall Linda ever exchanging a cross word with anyone, nor ever having to be disciplined.

During the time Linda and I were classmates, I had the pleasure of meeting Linda's mother, Mrs. Antonelli, and was warmly welcomed into their home. It was obvious that, as Linda was raised in a loving and nurturing family, she brought forth those same qualities of warmth and compassion to all facets of her life. The years Linda spent as President of the Parent Teacher's Associations, in all three of the schools her sons attended, speak to the true calling of Linda's life – children, family and community.

The crimes for which Linda has been found guilty are a complete aberration of the person I know. Being charged and tried for these crimes has thrust Linda and her family into a nightmare of public humiliation and scandal that will forever mar Linda's otherwise admirable reputation. For a person who has devoted her life to tending to the needs of her community, who others have held in esteem, Linda's public fall from grace has in and of itself been a severe punishment.

It is my heartfelt hope that Your Honor will take into consideration the pain that Linda has already endured, along with her many decades of positive local leadership to impose the most lenient sentence legally possible.

Thank you very much for your time, consideration and compassion on behalf of Linda Mangano.

Sincerely,

Lisa D. Hayden

Honorable Joan M Arzack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Arzack,

My name is Mary Dunphy, I am a retired NYPD Sergeant. As a Police Officer from 1984 to 1989 I worked in the 110 Precinct first on patrol and then in the precinct level Street Narcotic Enforcement Unit and then in the undercover Anti-crime squad where I made over 140 arrests in those 5 years. I was promoted to Sergeant at the age of 25 in 1989. I then worked in the 101 Precinct for 5 years as a patrol/desk sergeant for a year and then the Arrest Processing Sergeant for 4 years. The last

10 years of my career with the NYPD was as a Sergeant in the Applicant Processing Division supervising Detectives/Police Officers/Civilian investigators who did background checks for various NYPD job positions.

. I retired after 20 years to devote more time to my 4 children. I did continue to work as a Teacher Assistant in the Bethpage school district for 11 years and I also work as a real estate agent with Century 21 for the past 14 years. I believe doing good deeds and following your conscience are an important part of living a respectable life. My husband and I belong to our local Kiwanis Club where we enjoy volunteering our time for the children of our community.

Linda and I are both Bethpage High School graduates. Linda graduated 2 years before me and her and I were not friends during this time. I first became friendly with Linda when our children started school together at Central Blvd. Elementary School. I became very involved in the PTA at the school as did Linda. We also were class parents together as her son Sal and my daughter Lauren were the same age. Along with being on several committees, I was also on the executive board of the PTA at that school with Linda and the two of us continued to volunteer to do that in the middle school and high school. Linda was President of both the PTA's of those schools. At CBS every year there was an annual lip-sync show that each grade had 2 acts that would perform at the show. It took an enormous amount of time to coordinate and prepare all the props for.

When I tell you that Linda did 90 percent of the work I am not kidding.

She is an extremely talented artist and all the others Mothers would ask her to paint and make there murals and props for the show. Linda never said No. She gave her heart and soul to everything she did. She never asked for any money and also always played down her efforts. I was always so grateful that my 2 kids were her kid's ages because of how they benefited from her being a part of the PTA. My youngest son definitely did not have the same experiences going through the school as the older

2 did. I can honestly say I don't think there was another parent that gave of themselves as selflessly as she did. Volunteering is not for everyone. It can be a very thankless job especially PTA work.  You have to be the type to do it for the love of the children and that is exactly what she did for 13 years. All 3 of those schools awarded her with the highest award at our annual PTA dinners. I also would like to speak

of her integrity. When our children were in 11th grade and going to the junior prom. Linda and Ed hosted the pre-prom party. The children were going to take a bus into the city to see a comedy show and then come back to the Mangano's home to sleep over. Linda was very concerned about underage drinking. Most parents closed their eyes to it. Linda, myself and my sister went on the bus when the kids were in the backyard and went through the kids backpacks and removed all the bottles of alcohol that they planned on taking into the city. She also did this for their senior prom too. Needless to say this made her very unpopular with the teenagers and many parents who thought it was okay for the kids to be drinking. Linda stood up to them all and did the right thing. That took a lot of guts. She always made her sons promise that they would not drink before they were 21. My daughter said she never saw Sal or Al drink when she was at parties in high school.

I have to say that I have a really hard time believing that Linda was convicted of lying to the FBI agent. I truly believe that whatever Linda said her job entailed for Mr. Singh she did it but probably was not able to prove it. During our years in the PTA she always downplayed all of the extraordinary lengths that she went to make each event we had perfect. The Linda Mangano that I know always gave of herself 200 percent. She truly is such a hard working person. Mr. Singh clearly lied to save himself. I am asking you to please show Linda the leniency that she so deserves. She has lived an honorable and dignified life.

This trail has completely destroyed her life. Once our children graduated high school 8 years ago, I have not kept in touch with Linda.

I have not seen her in probably over 2 years.  I truly don't think she leaves her home because of the terrible shame this fiasco has brought on her family. She has suffered enough. In closing may I add that having spent 20 years with the NYPD I feel I have an extremely good judgement of character especially having spent 10 years reviewing character investigations. And if asked to testify on Linda's character I would gladly do it. She is a kind, caring, sweet person who has always been very responsible and law abiding. I hope you can find it in your heart to spare her any more heartache. This is not a person who deserves to go to prison. I am sure others have written to you on her behalf. I am hoping that you will see that she has led a life of good deeds and I am hoping that it will  count greatly in your decision.

Sincerely,

Mary Dunphy
128 Ocean Avenue
Amityville NY 11701
516-375-1566

Honorable Joan M. Azrack
United States District Judge
Eastern District of NY
100 Federal Plaza
Central Islip, NY 11722

To Whom It May Concern,

My name is Patricia Lamb, and I live at 1381 Richmond Ct., East Meadow, NY.   I am 64 years old, and I have been a Nassau County resident for my entire life.  I have 3 children and 7 grandchildren and I work in the real estate industry as a title closer and realtor.

I first met Linda Mangano just over 3 years ago when I started attending a small meeting at St. Bernard's Church in Levittown.   (My youngest daughter - due to a series of bad choices and bad luck - had become addicted to opiates after first being prescribed medication for "anxiety". It's unfortunately a common story on Long Island, and we had run through the usual series of detoxes, inpatient stays, outpatient therapies, AA meetings, and nothing - absolutely nothing - worked.  Someone had told me about a new program in Nassau County- and a new medication called vivitrol and suggested that I go to this meeting and check it out.   The meeting was wonderful and informative and was comprised of a group of people advocating for vivitrol, people who were actually in treatment with vivitrol and people, like me, who desperately needed information, support and help.

Linda, who attended and ran the meetings along with Eden Laiken and others, was so welcoming, warm and helpful to every single person who came.  Happily for my family, my daughter started vivitrol and has now been clean for 3 years.  I went with my daughter to that meeting every single week for a couple of years.   We still go when we can.  And I can tell you that Linda has been a driving force there this entire time.

I understand that Linda has been charged with a crime.   However, Linda is one of the most unpretentious, giving women that I have ever met.  I truly feel that her dedication and love for the people that she has met at these meetings has saved numerous lives.  I'm positive it saved my daughter.  I have seen Linda hold strangers in her arms and cry real tears with many broken souls, regardless of who there were or where they came from, and offer all kinds of help.   She cares -a lot - and she does so much good for so many people.   And she has done it without fanfare, and for the right reasons - because she really cares.  And she continues to help so many people through this work.

I-respectfully ask the Court to consider the enormous good that Linda does, both in these meetings of which she IS the heart and soul, and in all aspects of her life, as a friend, and as a mom.   Without Linda, I don't know if these meetings will continue and they DO save lives. She is a very responsible, caring person who makes a great positive impact on many lives - truly one of the "good"guys".

It is my hope that the Court will see Linda for the truly good person that she is and will exercise leniency in Linda's case

Thank you for your consideration and please contact me if you have any questions at all.

Sincerely,

Patricia Lamb
516-428-2517